AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| BRITTANY KAREN FIRTH | ) | 3:25-mj- 1198-SJH |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 17, 2024 - Sept. 11, 2024___ in the county of ___St. Johns___ in the

___Middle___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Production and attempted production of child pornography |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Distribution of child pornography |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

CJ Goodman, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___4-28-25___

_____
*Judge's signature*

City and state: ___Jacksonville, Florida___     Samuel J. Horovitz, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, CJ Goodman, being duly sworn, state as follows:

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since August 2008. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct criminal investigations involving, among other things, the sexual exploitation of children. I have been working on the FBI Jacksonville Violent Crimes Against Children squad for over 6 years. Prior to this assignment, I was employed as a Unit Chief for the FBI's Extraterritorial Investigative Unit. Prior to joining the FBI, I was a police officer with the Coppell Police Department in Texas for approximately 9 years. I have a bachelor's degree from the University of Phoenix in criminal justice administration. I received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with other experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses. I have received specialized training and have experience in the extraction and review of digital evidence contained in computer devices, including cellular telephones and "smart phones." I have been involved in searches of residences, devices, and social media applications pertaining to the solicitation, production, receipt, distribution, and possession of child pornography, as well as the

online enticement and attempted online enticement of minors to engage in illegal sexual activity.

2.    I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, and 2422(b), as well as Florida state statutes that criminalize the sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and federal criminal complaints, and have conducted interviews of defendants and witnesses. I have also acted as an undercover agent in online child sexual exploitation cases, using the online persona of both a minor child as well as that of the parent and/or custodian of a minor child. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.    The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that BRITTANY KAREN FIRTH, a/k/a user "xo.southpaw.ox," has committed violations of 18 U.S.C. § 2251(a) and (e), that is,

production and attempted production of child pornography, and 18 U.S.C.

§ 2252(a)(2), that is, knowing distribution and knowing receipt of child pornography.

4.      I make this affidavit in support of a criminal complaint against

defendant, BRITTANY KAREN FIRTH, a/k/a "xo.southpaw.ox," charging that

during the period from on or about May 17, 2024 through on or about September 11,

2024, in the Middle District of Florida and the District of Utah, BRITTANY

KAREN FIRTH did employ, use, persuade, induce, entice, and coerce and attempt

to employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim

1, to engage in any sexually explicit conduct for the purpose of producing visual

depictions of such conduct, knowing and having reason to know that such visual

depictions would be transported and transmitted using facilities of interstate

commerce, that is, by cellular telephone and computer via the Internet, in violation

of 18 U.S.C. § 2251(a) and (e).

5.      I also make this affidavit in support of a criminal complaint against

BRITTANY KAREN FIRTH, a/k/a user "xo.southpaw.ox," charging that on or

about June 6, 2024, in the Middle District of Florida and the District of Utah,

BRITTANY KAREN FIRTH did knowingly distribute a visual depiction using a

means and facility of interstate commerce, that is, by computer via the Internet,

when the production of the visual depiction involved the use of a minor engaging in

sexually explicit conduct, and the visual depictions were of such conduct, in

violation of 18 U.S.C. § 2252(a)(2).

6.      I also make this affidavit in support of a criminal complaint against

BRITTANY KAREN FIRTH, a/k/a user "xo.southpaw.ox," charging that on or

about August 1, 2024, in the Middle District of Florida, BRITTANY KAREN

FIRTH did knowingly receive visual depictions using a means and facility of

interstate commerce, that is, by computer via the Internet, when the production of

the visual depictions each involved the use of a minor engaging in sexually explicit

conduct, and the visual depictions were of such conduct, in violation of 18 U.S.C. §

2252(a)(2).

7.      During January 21, 2025, I reviewed information provided to me by

FBI SA Jed Wright of the FBI Salt Lake Field Office which showed that on or about

August 4, 2024, Synchronoss Technologies, an electronic service provider (the

"ESP") reported to the National Center for Missing and Exploited Children

(NCMEC), via CyberTipline Report[1] #197304931, that a particular Discord[2] user

---

[1] Based on my training and experience, I know that NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children. The public and electronic service providers can make reports of suspected online enticement of children for sexual acts, child sexual molestation, child sexual abuse material (child pornography), child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading words or digital images on the Internet. NCMEC staff review each tip and work to find a potential location for the incident reported so that it may be made available to the appropriate law-enforcement agency for possible investigation.

[2] Based on my training and experience, I know that Discord, Inc. owns and operates a free access all-in-one voice and text chat application and website of the same name that can be accessed at http://www.discordapp.com. To use Discord, a user creates an account and uses the account to communicate with other Discord users. Discord users can exchange private messages between users (messages that do not appear in any text channel, but which are revealed only to the users participating in the private communication), participate in text chat room discussions, and voice chat. Discord users can also create "servers," which are similar to message boards that can only be accessed by users who have an "invitation link." Within these servers, users can set up different "text channels," where users can type written text, upload files, and record these communications. Additionally, within these servers, users can be categorized and assigned designated roles. Such

with the user name "friedhawk7428@yahoo.com" ("friedhawk7428") had uploaded

files containing depictions of minors engaging in sexually explicit conduct to the

user's Synchronoss Technologies account. This CyberTipline report noted, among

other things, that ESP personnel had already viewed these files (6 files in total).

[NAME of City REDACTED, referred to herein as "City"] (Utah) Police

Department (PD) Detective L. Harrison and SA Jed Wright also viewed these files

and confirmed they depicted child pornography.

8.      According to SA Wright, CyberTipline Report #197304931 included,

among other things, information regarding the suspect Internet protocol (IP) address,

suspect telephone number, suspect name [NAME REDACTED, referred to herein as

"PERSON 1"], and a suspect residential address in a particular city in Utah. I have

reviewed the Utah sex offender registry website and confirmed that PERSON 1 is a

registered sex offender who has previously been convicted of child sex offense in

2017.

9.      According to SA Wright, the City PD obtained a state search warrant to

obtain evidence from Synchronoss Technologies. Synchronoss Technologies was

served with the warrant and provided material and information required by this

warrant to Detective Harrison. Detective Harrison and SA Wright reviewed these

materials and discovered additional files depicting child pornography. These files

included videos that showed PERSON 1 engaging in sexually explicit conduct in the

---

categorization and designation can provide users with different levels of access to the particular
server and the text channels within the server.

presence of a minor female. This minor was subsequently identified and determined to be approximately 7 years old during this relevant time period ("Minor Victim 1"). City PD officers, in coordination with FBI agents in the Salt Lake City Division, took additional investigative steps that led to the issuance of a second state search warrant for PERSON 1's residence in Utah.

10.     According to SA Wright, this search warrant was executed at PERSON 1's residence in Utah on September 5, 2024. After being advised of his constitutional rights, PERSON 1 admitted, among other things, that he had sent videos and photos depicting himself and Minor Victim 1 to another user through Discord. PERSON 1 indicated, among other things, that his Discord user name was "friedhawk7428," and the Discord user to whom he sent photos and videos had the user name "southpaw."

11.     On November 25, 2024, SA Wright obtained a federal search warrant for the Discord account belonging to PERSON 1, user name "friedhawk7428," and I have since reviewed the materials provided to SA Wright by Discord as required by this search warrant.

12.     On or about January 31, 2025, I spoke to St. Johns County Sheriff's Office (SJSO) Detective Brandon Almaguer, who advised me, among other things, that he had an open investigation on a Discord user "southpaw." Detective Almaguer provided me with documents in this investigation that I reviewed and advised me of, among other things, the information set forth herein below.

13.     On or about December 30, 2024, the SJSO was contacted by City PD Detective Harrison regarding the arrest of PERSON 1 on state charges involving the

6

sexual exploitation of minor children. That same day, the SJSO Internet Crimes

Against Children (ICAC) unit received CyberTipline Report #203468385 from

NCMEC. I have reviewed this CyberTipline Report. This report was received from

Discord on December 12, 2024, and set forth, among other things, that 13 files

containing videos of suspected child pornography were uploaded over the Internet

from at least one IP address that ultimately resolved to a residence in St. Augustine

in St. Johns County, Florida. These uploads to Discord occurred during the period

from May 30, 2024 through August 1, 2024. Specifically, CyberTipline Report

#203468385 provided the following information regarding the source of this upload

of suspected child pornography:

     a.    Phone: +1904[REDACTED] (verified)

     b.    Email Address: brittany.firth@[REDACTED].com (Verified)

     c.    Screen/User Name: xo.southpaw.ox

     d.    ESP User ID: 780640235477532703

     e.    IP Address: 98.231.16.58 (Login) 12-12-2024 02:40:50 UTC[3]

14.    According to CyberTipline Report #203468385, Discord (the reporting

ESP) had viewed the entire contents of each of the 13 uploaded video files and these

files were listed as publicly available. Detective Almaguer and I have viewed these

---

[3] Based on my training and experience, I know that the term "UTC" is an acronym for "Coordinated Universal Time." It is a standard used to establish time zones worldwide. For example, New York City, as well as St. Johns County, are both in the UTC-5 time zone, which means the time in New York City and St. Augustine is five hours behind UTC (except during U.S. daylight savings, when it is four hours behind).

video files and determined that some of these files contained child pornography,[4]

two of which are described as follows:

>Filename: SPOILER_VID_20240801_123446_522.mp4
>MD5 Hash: c67ab67d531853dd1c122aea6c0f2579
>Date: This video was uploaded on August 1, 2024, 22:09:03 UTC using IP address 174.197.134.108.
>Description: This is a color video with sound and is approximately 30 seconds in length that depicts a partially nude prepubescent minor female based on her child-like body features including lack of any pubic hair and child-sized arms and legs. The prepubescent minor female is laying on her back with her pink pants and white underwear pulled down onto her thighs and being held up by an adult male who is seen anally penetrating the prepubescent minor female with his erect penis. Based on my training and experience, I have probable cause to believe that this video depicts a minor engaging in sexually explicit conduct, that is, anal-genital intercourse, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

>Filename: SPOILER_20240605-2047-38.7914659.mp4
>MD5 Hash: fd49f68224ffa3ab7dd07be4f2dc0a09
>Date: This video was uploaded on June 5, 2024, 21:02:10 UTC using IP address 98.231.16.58.
>Description: This is a color video with sound and is approximately 12 minutes 44 seconds in length. The video begins showing PERSON 1 and Minor Victim 1 in a room sitting together in a chair in front of what appears to be a computer. Both are clothed and Minor Victim 1 is sitting in the chair between PERSON 1's legs. It appears that a video recording device on the desk and PERSON 1 picks it up and begins recording Minor Victim 1's back and PERSON 1's crotch area. Approximately 41 seconds into the video, PERSON 1 begins to pull his shorts down exposing his penis but Minor Victim 1 turns around and PERSON 1 then places the recording device back onto the desk. At

---

[4] Detective Almaguer has advised me, based on his investigation, he is familiar with the appearance and identity of PERSON 1, Minor Victim 1, and Minor Victim 2, and further the video file titled "SPOILER_20240605-2047-38.7914659.mp4" depicts each of these persons as indicated. Detective Almaguer has also advised me that on August 1, 2024, Minor Victim 1 was 7 years old and Minor Victim 2 was 5 years old. Based on my independent review of this video file and my training and experience, both Minor Victim 1 and Minor Victim 2 appear to be minor children of these respective ages. I am also familiar with the appearance of PERSON 1 based on my review of the photos depicting him on his most recent Utah driver's license and his entry on the Utah sex offender registry website.

approximately 2 minutes and 18 seconds, PERSON 1 again picks up the recording device and uses it to record the back of Minor Victim 1 and PERSON 1's crotch area. At 2 minutes and 24 seconds, PERSON 1 pulls his shorts down exposing his penis. Minor Victim 1 again turns around and PERSON 1 pulls his shorts back up and places the recording device back on the desk. At 3 minutes and 24 seconds, PERSON 1 again picks up the recording device and records both his crotch area and the back of Minor Victim 1. He again exposes his penis and then begins to rub his penis against the back of Minor Victim 1 while masturbating his penis. He then places his penis back in his shorts and continues to masturbate his penis through his shorts. Next, PERSON 1 and Minor Victim 1 both go into what appears to be a bedroom. During the relocation to the bedroom, Minor Victim 2 can be seen on the video lying on a couch in what appears to be a living room. PERSON 1 and Minor Victim 1 then appear to play in the bedroom. PERSON 1 lies on the bed, tosses Minor Victim 1 onto the bed, and Minor Victim 1 uses a toy sword to gently make contact with PERSON 1's body, often involving hitting and touching his crotch area. Minor Victim 1 is depicted on top of PERSON 1 at approximately 7 minutes in the video and it appears that PERSON 1 has an erect penis under his shorts. PERSON 1 can be seen appearing to simulate sexual acts several times by thrusting his hips against Minor Victim 1's body several times. At approximately 8 minutes 43 seconds into the video, PERSON 1 and Minor Victim 1 move to a couch where Minor Victim 2 is lying and appearing to watch television. At 10 minutes 19 seconds, PERSON 1 records Minor Victim 1's hand resting on PERSON 1's crotch area. At 12 minutes 17 seconds, PERSON 1 again masturbates his penis through his shorts. While PERSON 1 is masturbating, Minor Victim 2 can be seen on the couch next to him watching television. Based on my training and experience, I have probable cause to believe this video depicts at least one minor engaging in sexually explicit conduct, that is, masturbation, and also depicts the lascivious exhibition of the genitalia of any person, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

15.    On or about December 31, 2024, Detective Almaguer obtained a state search warrant for the Discord account for user "xo.southpaw.ox" seeking information and records during the date range from 0001 UTC on May 1, 2024, through 2359 UTC on September 20, 2024. The search warrant for this account

requested, among other things, all stored or deleted electronic communications content, messages, images, or video content sent or received by the listed Discord account, including all private messages and messages using Discord. Detective Almaguer reviewed these records and advised me that there were approximately 5,000 messages exchanged between PERSON 1 and Discord user "xo.southpaw.ox," subsequently identified as BRITTANY KAREN FIRTH as set forth herein, that occurred from in or about May 2024 until in or about September 2024. Detective Almaguer also advised me in summary that it appeared that FIRTH, as Discord user "xo.southpaw.ox," engaged in online text conversations with PERSON 1 regarding the use of Minor Victim 1 and Minor Victim 2 in the production of live-streaming video in which PERSON 1 engaged in sexually explicit conduct.

16.    Detective Almaguer has also advised me that on January 2, 2025, he submitted a subpoena to Comcast Communications LLC for subscriber information for IP address 98.132.16.58 between May 29, 2024 and December 12, 2024. Comcast provided the following subscriber information in response to this subpoena[5] on January 6, 2025, which I have reviewed:

Subscriber Name: BRITTANY FIRTH

Service Address: [REDACTED], St. Augustine, FL [REDACTED]

Telephone number: 904-[REDACTED]

---

[5] Due to Comcast's time limits on retention of records, Comcast only maintained subscriber records and provided subscriber information dating back to July 7, 2024.

17.     Detective Almaguer also advised me that on January 2, 2025, the SJSO submitted a subpoena to Verizon for subscriber information for the telephone number 904-[REDACTED]. In response to this subpoena, on January 10, 2025, Verizon provided the following subscriber information for this telephone number, which I have reviewed:

Subscriber Name: BRITTANY K WEINBERGER

Billing Address: [REDACTED], St. Augustine, FL

18.     Detective Almaguer also advised me that he conducted a query in the Florida Department of Highway Safety and Motor Vehicle (DAVID) records on or about January 2, 2025, and he learned from this query that BRITTANY WEINBERGER was the married name of BRITTANY KAREN FIRTH, and that she returned to using her maiden name (FIRTH) in 2017. This DAVID review also confirmed that BRITTANY FIRTH was listed as residing at [REDACTED], St. Augustine, Florida. I have also reviewed these same DAVID records and confirmed this information.

19.     Detective Almaguer also advised me that he had conducted a search of the St. Johns County Property Appraiser for this [REDACTED] residence on or about January 2, 2025, and determined that BRITTANY K. FIRTH was listed as the owner of the residence.

20.     I have reviewed all of the information and records provided by Discord in response to the state search warrant obtained by Detective Almaguer on December 31, 2024 for the Discord account for user "xo.southpaw.ox". I have

determined that there are approximately 5,658 messages exchanged between FIRTH, as Discord user "xo.southpaw.ox" and PERSON 1, as Discord user "friedhawk7428." FIRTH sent approximately 2,197 messages and PERSON 1 sent approximately 3,461 messages. The Discord online text conversations between FIRTH and PERSON 1 began on May 17, 2024, and the last message was sent by FIRTH on September 11, 2024. I have set forth below relevant summaries as well as relevant, verbatim text conversations that occurred between FIRTH, as Discord user "xo.southpaw.ox" and PERSON 1, as Discord user "friedhawk7428." The dates listed below are based upon UTC times as listed in the search warrant return documents provided by Discord.

21.    The online text conversation on Discord that occurred between FIRTH and PERSON 1 on May 17, 2024, reads as follows:

PERSON 1:    Hi (smiling face emoji) Looking for a long-term, slow burn, anything-goes roleplay partner. I'm open to the idea of sharing pics, vids, calling each other IN THE FUTURE, not immediately or even today. 33m, the name is Nick (smiling face emoji)

PERSON 1:    I, too, am divorced

FIRTH:    Then you need to come up with a unique message for me. Not the same recycled one.

PERSON 1:    Bet

FIRTH:    I'm not like the others. Rather silly, I am. But also severely

|  | ADHD. So one must capture my interest. |
|---|---|
| PERSON 1: | Working on an opener as we speak (smiling face emoji) I love your vulnerability. |
| PERSON 1: | So, to be sure, you're looking for people's unfiltered, darkest fantasies? |
| FIRTH: | Yes, you are correct. Anything and everything is safe with me. |
| PERSON 1: | I'm a very literal person. You mean "anything and everything" literally, yeah? |
| FIRTH: | I'll take this into consideration when using idioms. |
| FIRTH: | And yes, your deepest, darkest fantasises and desires – the kinds of things you would never tell anyone because of how dirty or taboo they might be… |

21.     Further review of the online text conversation on Discord that occurred between FIRTH and PERSON 1 shows that they continue to get to know each other with PERSON 1 saying he was from Utah and FIRTH stating she is from Florida. PERSON 1 relays a story about having his first erotic experience when he was 10 and the girl was 7. PERSON 1 then discusses "a few roleplays with some women on here where they play as either my daughter (and it would turn sexual), or they'd play as my wife, and we'd specifically decide to have a kid together, knowing it'll be a daughter magically, and raising her to 'be part of the family' in a freeuse style". Shortly after this, FIRTH states, "I'm definitely open to erotic roleplaying…" and "I'm intrigued by kinks, especially those of the taboo nature." As they are discussing

13

roleplaying, FIRTH tells PERSON 1, "I did get one amazing thing out of the very short-lived marriage" to which PERSON 1 responds, "I, too, have a kid." PERSON 1 goes on to say he has an 8 year old son. PERSON 1 states, "The deep dark secret doesn't include boy/boy stuff." FIRTH offers to send some modeling photos of herself and then sends several photos to PERSON 1. PERSON 1 later asks, "Does it bother you, when I mentioned how I like ot look down girls shirts of all ages?" and FIRTH responds, "I mean, I'm sure most guys do that. Just most won't admit it." FIRTH further states, "I notice you're asking about this a lot. Don't feel timid about me saying this, but do you feel like that experience when you were very young made you feel attracted to all girls, regardless of their age (well, from around age 7 and up)?" PERSON 1 responds with, "Yes. I wouldn't do anything with them. But the attraction is there." FIRTH soon after states, "daddy, will you play with me?" and the two begin to engage in an erotic sexual conversation where FIRTH is portraying PERSON 1's 7-year-old daughter. During the conversation PERSON 1 asks, "I know you said anything, but making sure: I have screenshots of young girls showing their boobs on Webcam sites. Can I show you? Ill delete after", to which FIRTH says, "probably not". PERSON 1 expresses concern for telling FIRTH his "fantasies" and says, "Because I said A LOT of incriminating shit." to which FIRTH responds with "I promise I'm not affiliated with Dateline NBC.", and "Well, like I said, anything and everything is safe with me." FIRTH later says, "I highly enjoy hearing what kinks and fantasies guys have, and even more so if they're taboo.", and

"Well, I enjoy helping make their fantasies come to life. If the guy is worth my time, let me add. Very few ever have been."

22.    PERSON 1 and FIRTH continued to engage in online text conversation on Discord for several days. On May 21, 2024, PERSON 1 and FIRTH again engaged in an erotic sexual text conversation in which FIRTH is portraying PERSON 1's 7-year-old daughter.

23.    PERSON 1 and FIRTH continued to engage in online text conversation on Discord. On May 23, 2024, PERSON 1 states, "Not sure! I worked from home today and watched my niece while I worked." FIRTH asks, "oh? how old is your niece?" and PERSON 1 says she is 5 years old. The two then have the following online text conversation on Discord:

FIRTH:          What do you think of your niece?

PERSON 1:     She is cute and funny! Very easy to watch. Easy to entertain and she is distracted easily.

PERSON 1:     Makes working from home pretty easy

FIRTH:          They're soooo innocent and cute at that age. Totally clueless as well.

PERSON 1:     Yup. I could do just about anything next to her and she wouldn't even notice.

FIRTH:          How do you like to entertain her?

PERSON 1:     Well.

PERSON 1:     TV mostly. A little bit of homework. A little bit of play time.

|            | Sometimes outside, mostly inside. |
|------------|-----------------------------------|

PERSON 1:       She does like to jump on me.

FIRTH:          tell me about your play time…

FIRTH:          oh wait, that wasn't a question. I'll rephrase.

FIRTH:          What are your favorite ways to play with her?

PERSON 1:       She likes to be picked up and thrown on the couch.

PERSON 1:       And

PERSON 1:       She likes to try and jump on me. Mostly my shoulders. Sometimes I get tired, though. And I lay on back and she'll still try to jump on me.

PERSON 1:       She likes to play dress up from our Halloween bin

FIRTH:          Did you get aroused when you were with her today?

PERSON 1:       What do you think?

FIRTH:          mhm

PERSON 1:       Mmhmm

FIRTH:          Did you press your hardness up against her at all?

FIRTH:          Or…pull her onto your harness?

PERSON 1:       She didn't know.

PERSON 1:       yes.

PERSON 1:       I'm watching her again tomorrow for a couple of hours.

FIRTH:          of course she didn't.

FIRTH:          did you help her play dress-up? like…well, dress-down, I

16

mean?

PERSON 1:    I did not.

PERSON 1:    I want to.

PERSON 1:    You know, to be helpful.

FIRTH:    Have you touched her in places…you know…to make sure she's healthy everywhere?

PERSON 1:    I haven't seen or touched most places, as I am not a Dr.

PERSON 1:    But some, yes.

FIRTH:    oh? which places

PERSON 1:    Her bum.

PERSON 1:    Her chest.

PERSON 1:    Her little belly.

PERSON 1:    I didn't mean for it to, but I've had cum seeping out of my dick all day.

FIRTH:    what about…making sure she's all clean after going pee?

FIRTH:    mmm…

PERSON 1:    Is that bad? It's not related to the babysitting…

PERSON 1:    I''ve had to do that a couple of times. But i've never touched.

FIRTH:    not bad at all…it's hottt

PERSON 1:    Is it?

FIRTH:    what about…you getting touched?

PERSON 1:    Never skin to skin.

17

PERSON 1:        But.

PERSON 1:        Sometimes, there's a bit of jumping.

FIRTH:           and that leads to…rubbing against you over your pants…?

PERSON 1:        Yes. Accidentally. Is that bad?

FIRTH:           For some reason, I find it to be a bit arousing, truth be told.

FIRTH:           It wasn't until you told me your story…

PERSON 1:        Got on.

FIRTH:           and you're really fun to play with…you really do make me feel

                 like a special girl when you're my daddy…

FIRTH:           So I'm sure you're very good with her as well.

FIRTH:           Have you not cum yet today?

PERSON 1:        No I have not.

PERSON 1:        I want to.

FIRTH:           tell me, what are some of the taboo thoughts and fantasies that

                 creeped into your mind today when you were with her?

FIRTH:           Then it's a good think I tend to stay up late…

PERSON 1:        I don't want to penetrate her. She's family.

PERSON 1:        But

PERSON 1:        There are other things I think would be fun.

PERSON 1:        I've seen down her shirt.

FIRTH:           what would be fun?

PERSON 1:        What do YOU think?

PERSON 1: Give me some ideas of what would be fun.

PERSON 1: Please

FIRTH: Getting to see what she looks like under her panties…

FIRTH: …maybe touching it a bit…not putting anything inside her, but just gently feeling how soft her skin is…

PERSON 1: Like her labia or butt cheeks, right?

FIRTH: Mostly her labia, but yes

FIRTH: maybe innocently “tickling” her…

FIRTH: and telling her you’re NEVER going to tell her where YOUR secret tickle spot is…

FIRTH: …that is, until she keeps jumping on you beggin you to tell her

PERSON 1: Right below my belly, right?

FIRTH: mhm...

PERSON 1: It's most ticklish when it's skin to skin...

PERSON 1: I've done that.

FIRTH: tell me more about this...

FIRTH: *bites lip*

FIRTH: skin to skin...like hands on...or other...parts of the skin?

PERSON 1: Just when I tickle her. I get to see her belly a lot. And I'll tickly around her armpits.

PERSON 1: Around her breasts. and nipples.

PERSON 1: Sometimes I'll stay there for a while.

PERSON 1:          It makes her laugh.

PERSON 1:          Yes.

FIRTH:             and you must get very stimulated...

FIRTH:             do you start touching yourself?

PERSON 1:          I do.

PERSON 1:          Sometimes I jump a bit too

PERSON 1:          When she's jumping on my front.

FIRTH:             Have your pants ever *accidentally* come down a bit...where

                   your skin is pressing up on hers?

PERSON 1:          Do you really like when I talk about this? As a mom? DOes this

                   turn you on?

PERSON 1:          A bit.

FIRTH:             Me being a mom is totally separate from sexual things.

                   Especially those of the taboo nature. None of that involves

                   my son, nor does he come to mind when we talk about these

                   things.

PERSON 1:          Me neither, for the record.

PERSON 1:          I guess I meant, despite you being a mom.

PERSON 1:          I wasn't gearing it towards our own. I wouldn't ever.

PERSON 1:          Sorry. Can we go back?

FIRTH:             so when you say "a bit"...

FIRTH:             how much is a bit?

PERSON 1:      I wore grey sweat pants today.Nothing happened today.

PERSON 1:      But it has before.

FIRTH:         what's happened before?

PERSON 1:      I don't wear boxers when I wear these specific sweat pants.

PERSON 1:      We were watching a movie one time. She was really into it. She was laying down on her side on the couch, I was laying behind her.

PERSON 1:      Not cuddling necessarily.

PERSON 1:      I did have a view of her nipple through the sleeve of her shirt.

FIRTH:         So were you pressed up against her from behind?

PERSON 1:      It was for moments, yes.

PERSON 1:      But I left enough space for me to be able to...

PERSON 1:      well

PERSON 1:      Do you ever get such an urge to masturbate? Even when nothing sexual is going on around you?

FIRTH:         Sometimes, yes

PERSON 1:      Have you ever masturbated around anyone, without them knowing about it?

FIRTH:         no, that would be more difficult for me, I think.

FIRTH:         Vibrators are loud

PERSON 1:      Well I have. Lots of times in my life. It doesn't usualy take long at all.

21

PERSON 1:      But this time.

PERSON 1:      Would you judge me if I ever did it near her?

PERSON 1:      Or would you understand?

FIRTH:         I won't judge you for anything you tell me.

FIRTH:         Everything is safe with me.   Anything and everything, like I
               told you at the start.

PERSON 1:      I've masturbated around her plenty of times.

FIRTH:         And I'm sure it's kind of nice for you to be able to have
               someone you can actually talk to about these things

PERSON 1:      it is

FIRTH:         while doing this...would you occasionally rub yourself against
               her...or touch the inside of her thigh...or anything else?

PERSON 1:      The only there was skin to skin was this time when I was laying
               behind her back. It touched her lower back when I was
               cumming a little bit.

PERSON 1:      Other times there was at least her clothes on, even if my pants
               accidentally slipped.

PERSON 1:      Is that bad?

FIRTH:         were you rubbing yourself up against her over her clothes,
               while you were exposed?

FIRTH:         because, I mean, you wouldn't be able to do much if you
               weren't exposed...

PERSON 1:          With only sweats and no boxers, I absolutely could.

PERSON 1:          But not in a sexual way... just... in a playing, bouncing kind of
                   way.

FIRTH:             of course

PERSON 1:          But if I ever accidentally had an orgasm, with ounces and
                   ounces of cum flooding out of my throbbing cock, I'd always
                   make sure it went in my shirt or pants.

FIRTH:             have you rubbed between her legs...with any part of your body?

FIRTH:             what I mean is...have you been able to feel her labia through
                   her clothes?

PERSON 1:          No. Touched lightly, maybe. But not rubbed.

PERSON 1:          No.

PERSON 1:          Is it ok that I want to though? Though if I ever did it would
                   only be an accident.

FIRTH:             of course it would only be an accident.

FIRTH:             and as long as she doesn't know or understand, and it doesn't
                   bother her at all...

PERSON 1:          Right. I think it'd be easy to have an accident like that given
                   how we play.

FIRTH:             it's not like you're pulling down her pants and forcefully
                   penetrating her.   that would be a different story.

PERSON 1:          Right.

PERSON 1:        If my fingers happened to slip past her cute, little, pink

                 underaged pussy lips, then that's obviously not as bad,

                 especially on accident.

FIRTH:           I mean, you can't control your fantasies, but you can control

                 your actions.   So if you were to *think* about what it would

                 be like to do that, whether to her or a different young girl, that's

                 just in your mind...

24.     On this same date, PERSON 1 and FIRTH then engage in an erotic
online text conversation on Discord wherein FIRTH is portraying PERSON 1's
daughter. As they begin FIRTH asks, "mmm...that could work. how old am I? and
are you my daddy?" to which PERSON 1 responds, "5,7,13,18. I don't care. You're
my little girl. So how old are you baby girl? On an unrelated note, do you want to see
how much precum I have dripping out of my penis right now?" FIRTH responds,
"I'm thinking between 5-7...so I'm still too innocent to know what's going on..."
Later in the conversation, PERSON 1 asks, "So. Am I allowed to show you shit that
I find on, like, Instagram?" and FIRTH responds, "Sure! What kind of shit?
(laughing emoji)". PERSON 1 tells FIRTH, "Like, teenage girls with nipslips?",
"Mild stuff is all", and "If that is not up your alley, I get it. Or if you don't wanna get
in trouble or whatever". FIRTH responds, "Yeah, it probably wouldn't interest me
much. I'm not really into girls." and "I'm more interested in taboo fantasies/desires
that others have, and if they're one of the lucky few, I'll help bring those fantasies
closer to reality." FIRTH also tells PERSON 1, "Oh! It just occurred to me – you

should be very careful what you look at anywhere online. The feds are becoming even more aware of all kinds of things, even going so far as setting elaborate traps."

25.    FIRTH and PERSON 1 continue to engage in online text conversation on Discord for several days and then on May 29, 2024, they discuss using artificial intelligence (AI) applications. FIRTH introduces "Dream AI app" that she describes, saying, "Oh, it's an app that you can use to create AI images based on text prompts you enter in". PERSON 1 discusses using "character.ai" as "It's a texting ai app. You can make some different characters on there!" PERSON 1 says he uses the app, adding, "It's really fucking cool. I create really taboo scenes on there all the time." FIRTH later says, "I tried to create something for you. This is the only picture that has actually loaded so far (laughing emoji)". FIRTH then sends a photo of what appears to be to prepubescent minor females in one piece bathing suits standing in shallow water in a pool. PERSON 1 then requests FIRTH make "something naughty" and "I would love to see as naked of a little girl as it'll allow!" FIRTH responds with, "I'm stuck on a screen saying 'creating' for all 4 images of 'adolescent girls in bikinis', thinking it would not take as long as with I put '7-year old girls in bikinis' (laughing emoji)". The two continue to discuss using the app and FIRTH sends more photos of what appear to be prepubescent minor females in bathing suits. Later in the conversation, FIRTH sends a photo of what appears to be two children, one without a shirt on. FIRTH says, "This photo of me with my sister. She's the topless one (laughing emoji)". FIRTH sends several other photos of what she says are her as a child including, "I was about 13-14 in this one. Doesn't show a whole

lot, but at the same time, it might be something you'd still like". FIRTH sends other photos that she says are of herself, "I was about 16-17 in these ones."

26.    FIRTH and PERSON 1 have the following online text conversation on Discord later on May 29, 2024:

PERSON 1:    Omg I'm gonna be babysitting my nieces again RIGHT when I get home. Jesus fuck (multiple laughing emojis)

FIRTH:    nieces? Plural? (eyes looking emoji)

PERSON 1:    Yes.

PERSON 1:    Yes

FIRTH:    How old are they? I thought there was just the 5-year old

PERSON 1:    No, an 8 year old as well. Today at least.

PERSON 1:    [name of Minor Victim 1] and [Minor Victim 2].

FIRTH:    My oldest sister's name is [name of MINOR VICTIM 1] (not the one in the pics lol)

PERSON 1:    Cute (smiling emoji)

PERSON 1:    I want to show you them. I didn't show last time cause I still had at least .01% of a doubt

PERSON 1:    But I'd be honored to show you if you want.

FIRTH:    A doubt about what?

PERSON 1:    If you're a fed (laughing emojis)

FIRTH:    Like, as if I'm really a guy or something? (laughing emoji)

PERSON 1:    No no no

| | |
|---|---|
| FIRTH: | oh! ahahaha nope |
| PERSON 1: | Can I show you them? |
| FIRTH: | please do |
| PERSON 1: | Cool. They're really cute and sweet. |
| PERSON 1: | The older ones gonna be hot one day I'll have to steer clear (laughing emoji) |
| FIRTH: | how much longer until you're off work and able to...play? Or do you get a lunch break soon? |
| PERSON 1: | Off in 14 mins |
| PERSON 1: | 15 min drive home after |
| PERSON 1: | I think I may cum in front of them this time, I may not give a fuck (laughing emoji) |
| PERSON 1: | At least in my pants or something |
| FIRTH: | how will you play with yourself, though? |
| PERSON 1: | I'll wear loose shorts or sweats. Yeah? |
| FIRTH: | and then...? |
| PERSON 1: | I guess depending on how closely they are or not |
| PERSON 1: | What do you think? |
| PERSON 1: | Maybe I'll wear shorts? |
| FIRTH: | well, you could always go into the other room for a little while...since you're going to be making some videos for me... |
| PERSON 1: | Right. Right |

27

| | |
|---|---|
| FIRTH: | but now that I think about it, it would also be hot to see how you play with yourself and cum all in your pants when you're unable to be alone... |
| PERSON 1: | [Audio message: Would you want to see a video of me like playing with it when I'm next to them or what] |
| PERSON 1: | [Audio message: Sorry I'm driving right now] |
| FIRTH: | Let me know when you're home.   Eyes on the road. |
| PERSON 1: | Hmph |
| PERSON 1: | Home |
| PERSON 1: | Hey? |
| FIRTH: | hiiiii |
| FIRTH: | im here |
| FIRTH: | not sure why my notifications aren't making any sounds |
| PERSON 1: | It's ok |
| PERSON 1: | Ima shower then they should be here   cool? |
| FIRTH: | yeah, shower fast. |
| FIRTH: | i kinda really need my daddy... |
| PERSON 1: | FUCK SO MANY THINGS |
| PERSON 1: | Gotta make young you be naked |
| PERSON 1: | Gotta masturbate by my nieces |
| PERSON 1: | Gotta spend quality time with my little girl |
| FIRTH: | which young me? age? |

| | |
|---|---|
| PERSON 1: | Gotta ahower!!! |
| FIRTH: | Well, tell me the age so I can see if I can make anything happen... |
| PERSON 1: | 13 |
| FIRTH: | mmm...okay. your 13-year old daughter? |
| PERSON 1: | Yes |
| FIRTH: | you must be excited... |
| PERSON 1: | Yup |
| PERSON 1: | Wanna see em? |
| FIRTH: | sure! |
| PERSON 1: | I'm on the phone with their dad so one sec |
| FIRTH: | Awww they're adorable! |
| PERSON 1: | Agreed. |
| PERSON 1: | What do you want to have happen first when I'm off the phone? |
| FIRTH: | Hmmm what are my choices? |
| PERSON 1: | Fuckk you tell me |
| PERSON 1: | I have a million thoughts |
| FIRTH: | I want to hear them. |
| PERSON 1: | I want to see what kinda pictures of you I can recreate |
| PERSON 1: | I want to masturbate next to these girls |
| PERSON 1: | I want to roleplay with you |

FIRTH:          Are you secretly hoping they'll catch you?

PERSON 1:       Ok fine that's only 3 thoughts

PERSON 1:       I mean yeah but that wouldn't be good

PERSON 1:       Ok off the phone now what?

FIRTH:          What else turns you on about stroking your cock next to those
                2 young innocent beautiful girls?

PERSON 1:       Idfk. I just want to

PERSON 1:       I want for my fat 8 inch cock to be visible

FIRTH:          Mhm...go on...tell me more

PERSON 1:       I want to do it

PERSON 1:       Next to em

FIRTH:          How close to them?

PERSON 1:       I'm gonna wear sweat pants hang out

PERSON 1:       I'll show you

FIRTH:          And I'm thinking...12 years old is more innocent and naive
                than 13.

PERSON 1:       Video incoming

FIRTH:          Such a sweet innocent voice

PERSON 1:       Mmhmm

PERSON 1:       I'm sitting next to one

FIRTH:          Which one?

PERSON 1:       The left in the video

FIRTH:          The older one?

PERSON 1:      Yea

FIRTH:          How are you sitting?

FIRTH:          Oooh..the younger one looks like she's falling asleep...

PERSON 1:      Mymmm

PERSON 1:      She's not tho

PERSON 1:      Just cuddling

FIRTH:          What would you do if she reached under the blanket to grab the toy, but instead, put her little hand around your throbbing cock?

PERSON 1:      I would fucking cum

PERSON 1:      Are you ok with this?

FIRTH:          Like, immediately?

PERSON 1:      Yea

PERSON 1:      .

FIRTH:          Well, you're not hurting them. And they don't know what you're doing.

PERSON 1:      No

PERSON 1:      What do i do

PERSON 1:      Tell me

FIRTH:          Depends...what do you want to do more than anything? Anything you haven't told me yet? I mean, even if it's

31

something you can't do but would want to...I want to hear what makes you so fucking horny

PERSON 1:      Her little body

PERSON 1:      The flat chest and little buds

PERSON 1:      How huge my penis is compared to her little body

FIRTH:         and...?

PERSON 1:      Idk I'm just so hard right now.

PERSON 1:      I want them to watch me masturbate

PERSON 1:      I want them to see the cum come out

PERSON 1:      Should I pull it out and stroke it a little?

FIRTH:         I bet more than anything, you just want to snuggle up behind her, pull her back towards you, and have your hard cock pressed up against her skin as you wrap your arms around her and feel her little nipples in your hands.

PERSON 1:      I do.

PERSON 1:      But I can't

FIRTH:         I know you're really horny, but don't risk doing that.

PERSON 1:      Why not?

FIRTH:         I don't want you to get caught

PERSON 1:      I won't . Should I do it then? Do you want to see that?

FIRTH:         You can act out your fantasies with me.

PERSON 1:      Tell me what YOU'D like to see, even if it's unrealistic. I

PERSON 1:        So should i step away and play with you?

FIRTH:           Yes, I can be however old you'd like. Tell me what you're

                 craving the most right now...

PERSON 1:        Are you uncomfortable with me doing this to them?

FIRTH:           I don't want you to get caught. Or for them to actually know

                 what's going on at all.

PERSON 1:        Listen

PERSON 1:        I won't get caught

PERSON 1:        I'm not going to show them.

FIRTH:           Like, if they were sleeping, it would be different...

PERSON 1:        But I still want to pull it out a little

PERSON 1:        I'm horny but I'm not that stupid

FIRTH:           Show me how much

FIRTH:           How old do you want me to be right now?

PERSON 1:        Do you want me to step away?

PERSON 1:        13

FIRTH:           I'll leave that up to you... since you will need to take a video of

                 yourself jerking off and cumming...and things might get very

                 arousing...

PERSON 1:        I'm asking you. Please answer. Have you liked these pictures

                 and vids? Or no.

FIRTH:           I've definitely liked the videos for sure

PERSON 1:        Ok. Then I'll stay.

PERSON 1:        I'll cum next to them.

PERSON 1:        I've been working on the 13 year picture of you.

FIRTH:           I just don't want to encourage you to do something that you
                 wouldn't normally do

PERSON 1:        You're not

PERSON 1:        Are you ok with this, knowing that it's my decision?

PERSON 1:        Can I share it with you?

FIRTH:           Yes you can share it with me

PERSON 1:        Thank you.

27.    FIRTH and PERSON 1 engage in an erotic online text conversation on
Discord wherein FIRTH is portraying PERSON 1's daughter. FIRTH and PERSON
1 then have the following online text conversation later on May 29, 2024:

PERSON 1:        Hurry watch

PERSON 1:        Did you watch?

FIRTH:           omg that's perfect

FIRTH:           I bet they have huge crushes on you, for real

PERSON 1:        Should I do that again?

PERSON 1:        But cum this time?

FIRTH:           Did you feel your cock rubbing against them?

PERSON 1:        Yesss

PERSON 1:        Big time

FIRTH:          Were you exposed at all, or thru your pants?

PERSON 1:       Just through my pants

FIRTH:          mmm...I know you want to...

PERSON 1:       Ok

FIRTH:          was your cock actually dry humping them? Like, did you really

                get to feel it?

PERSON 1:       Wanna do a live video call?

PERSON 1:       So I can put my phone down?

PERSON 1:       Is ok if not

PERSON 1:       Yes

FIRTH:          We can, I'll just put my side on mute and watch...and pretend

                not to be there...

PERSON 1:       Ooooooooooo

FIRTH:          tell me what happened, I didn't get to see much

PERSON 1:       You didn't?:(

FIRTH:          just the wall, mostly

PERSON 1:       Was the angle bad?

PERSON 1:       Noooooooooooo

PERSON 1:       (shocked emoji)

PERSON 1:       Did you hear her?

FIRTH:          I heard her, yes

FIRTH:          tell me what I didn't get to see...

PERSON 1:      What did you think of the sounds

PERSON 1:      She was laying in my front, her butt pushed against my penis

FIRTH:         I actually screenrecorded it....I can send to you...

PERSON 1:      Can you delete it? If I begged? (laughing emojis),that shit would
               fuck me so bad

FIRTH:         Of course I'll delete it. But do you want a copy before I do?

PERSON 1:      ....no. I don't think it would be wise.

FIRTH:         Just for the sounds, there are no visuals to speak of.

PERSON 1:      I'd become addicted to it.

PERSON 1:      Heavily.

FIRTH:         and then what happened?

PERSON 1:      I tried to wiggle her off of me.

PERSON 1:      By humping her bad.

PERSON 1:      I did that until I came.

PERSON 1:      In my sweats.

FIRTH:         when she said, "I'm staying on"...had you already cummed?

PERSON 1:      She hunped me a bit, too.

FIRTH:         The older or younger one?

PERSON 1:      Older.

FIRTH:         were you holding her on you at all?

FIRTH:         ...getting to touch her anywhere?

PERSON 1:      Nope, she was holding on her self

PERSON 1:     I dint touch her. Maybe her belly a little.

FIRTH:        so you felt her little butt rubbing against your hard cock as you were humping her?

FIRTH:        Your cock pressed tightly up against her...

FIRTH:        While she held on and didn't let you wiggle her off of you....

FIRTH:        like she was forcing you to cum with her on top of you...

PERSON 1:     She was. It was all her.

PERSON 1:     She just tried to pull down my pants, the fuck??

PERSON 1:     Is she into me now???

FIRTH:        for real? how so??

FIRTH:        It's only natural for young girls to be attracted to the older men in their lives, whether it be their older brother, cousin, uncle, father, etc.

PERSON 1:     With a toy claw. She was laughing as she did it.

FIRTH:        Are you still in your cum-soaked pants or did you change?

PERSON 1:     I'm sitting in them now.

PERSON 1:     I'm watching them tomorrow. Fuck.

FIRTH:        Neither of them have noticed that your pants are wet?

PERSON 1:     No.

FIRTH:        Why "fuck."?

PERSON 1:     I think i might do that again tomorrow

FIRTH:        Is that the first time you've cummed with one of them on top of

|  | you like that? |
| --- | --- |
| PERSON 1: | If you're wanting to watch. |
| PERSON 1: | Yes. |
| FIRTH: | How did the "bouncing" game even start? |
| PERSON 1: | I took control of the couch. And said that they have to find somewhere else to sit or else sit on me. |
| PERSON 1: | Send me the video. |
| PERSON 1: | Fuck |
| PERSON 1: | Then delete it. |
| FIRTH: | What's going thru your mind right now? Tell me everything. |
| PERSON 1: | Why did I love it |
| PERSON 1: | So much |
| FIRTH: | You've been wanting it for a long time, no? |
| PERSON 1: | Why did she seem to like it so much? |
| FIRTH: | Tell me how she seemed to like it... |
| FIRTH: | Because I couldn't see... |
| PERSON 1: | That is so embarrassing |
| PERSON 1: | My camera angle |
| PERSON 1: | There was a moment where she was sliding off and asked "what are you doing?" So I stopped and said "trying to get you off me" so she hopped back and and continued the up and down motion, but slowly and in kind of a sexy way. |

38

PERSON 1:      I asked if she wanted to keep going. She said "you can do what
               you want" or something to that effect.

FIRTH:         what part of her was rubbing on you?   Do you know?

PERSON 1:      Her butt.

PERSON 1:      Maybe a little bit of her labia

FIRTH:         then maybe it felt good for her...

PERSON 1:      Maybe.

PERSON 1:      Would you want me to do that again tomorrow but with a
               better camera angle?

PERSON 1:      They didn't notice a single thing. It was just playing to them

FIRTH:         I mean, like I told you, I still remember rubbing myself back
               and forth on the arm of the couch and all I knew was that it felt
               good.

PERSON 1:      Right.

FIRTH:         Well yeah, you definitely need to figure out a better angle for
               the camera that's for sure (laughing emoji)

PERSON 1:      I would like for you to delete it now

PERSON 1:      let's play again around the same time tomorrow

PERSON 1:      We can keep talking right now

PERSON 1:      But I just mean tomorrow. Let's make sure we are ready to do
               this again

FIRTH:         Already did.

28.    On May 30, 2024, FIRTH and PERSON 1 engage in online text conversation on Discord in which they discuss the use of AI applications in making photos. PERSON 1 sends FIRTH what appears to be an AI generated photo of a minor female, based on her child-like face and minimal breast development. The minor female's breasts are exposed. FIRTH asks PERSON 1 what prompts he used to create some photos and he states, "This is a completely exposed 12-year-old girl who is happy to finally be going through puberty. She is so happy, on fact, that she doesn't even care that she has zero clothes on!" PERSON 1 also tells FIRTH, "Hey, you did not delete that video on discord, by the way" to which FIRTH states, "Oh, you meant in chat? Let me do that now." FIRTH also states, "Yeah, didn't eve cross my mind in chat, I deleted the screen recording." PERSON 1 also tells FIRTH, "And I'll be watching my nieces most of the day". FIRTH and PERSON 1 then go on to have the following conversation:

PERSON 1:    Would you want to join us if we decided to take a break to have some fun??

FIRTH:    Heck, I'm looking forward to after I drop [REDACTED] at camp, as you'll still have some time before work...

FIRTH:    would you like me to?

PERSON 1:    I'm technically working right now

PERSON 1:    I would be honored if you could

FIRTH:    does the thought of me watching arouse you even more?

PERSON 1:    Yes.

PERSON 1:      I was thinking, do you think that there is a "game" that we could play, where essentially one of their butts would be in the air and I could hump it?

FIRTH:         hmmm...tell me how you envision this...would you both be standing, or...

FIRTH:         I mean, there is...Twister, the game...

PERSON 1:      Oooooooh

PERSON 1:      Twister could be fun. I don't own it though. Fuck

FIRTH:         amazon doesn't take that long, sweetie

PERSON 1:      Lol

PERSON 1:      I suppose

PERSON 1:      Any other ideas though?

FIRTH:         Or you could get it at Target or Walmart. I mean, it's available.

FIRTH:         .

PERSON 1:      I think standing up could be fun. Although at that point, if we're both standing and I'm wanting to essentially grind my privates on her, I'd be doing so on her chest or back.

PERSON 1:      Because of the height difference.

FIRTH:         I mean, I can't think of anything right now, probably because I haven't had anything coffee yet......other than dancing. Like pretending to go out to the club, put some fun music videos on

|  |  |
|---|---|
|  | and try to learn these dance moves together. |
| PERSON 1: | Oh that's a good idea. |
| FIRTH: | Shake it off...and others |
| PERSON 1: | Golden |
| PERSON 1: | Leap frog! |
| FIRTH: | I don't think I've ever played this before in my life, but I know what it is lol. |
| PERSON 1: | I could have her crouch so that I could attempt to jump over her, but keep "failing". |
| PERSON 1: | I just can't get the vision out of my head of her trying to pull my pants down yesterday and laughing about it |
| PERSON 1: | I purposely didn't wear boxers. So if she had been successful, she would have been able to see my penis |
| FIRTH: | This was the older one, right? |
| PERSON 1: | My sticky, hard, cum-covered penis. |
| PERSON 1: | Yes. |
| PERSON 1: | Would you ever be willing to send me a live picture or a voice note? If not it's ok. |
| PERSON 1: | You've already done a million other things to accommodate my comfort and reduce my stress, and I appreciate the hell out of all of it. |
| FIRTH: | I bet you were so horny thinking about it last night...did you |

jerk off after they left?

PERSON 1:        No. I was actually REALLY tired and went to bed super early

FIRTH:          Sure, but after I take [REDACTED] to camp

FIRTH:          You'll just have to tell me what you want to hear me say, is all.

PERSON 1:        Something fucked up, but not really. Innocent, but something

                that only I would find hot, when others wouldn't.

PERSON 1:        Like, how you like watching me play with my neices. And how

                it's cute that they jump on my lap or something

FIRTH:          Lol I'll do my best (laughing emoji)

PERSON 1:        And then a live picture? Of you touching your nose or

                something is that ok? Or do these requests make you feel

                uncomfortable?

FIRTH:          Do you really doubt I'm me? How on earth would I have

                unearthed pics of some random chick throughout various

                stages of her life? (laughing emoji)

FIRTH:          At the drop of a hat, too

PERSON 1:        It's not so much doubting you.

PERSON 1:        It's not

PERSON 1:        You have eons of evidence that could put me away for LIFE.

PERSON 1:        Right or wrong? (Don't interpret this as me giving you attitude,

                I'm coming to you with this in all humility lol)

PERSON 1:        Does it make sense where I'm coming from? I'm having the

most fun with you. And I want to keep having that fun. You've already done, like, dozens of things that a fed would NEVER do. So, I'm 99.99999% sure that we're good to go. It's just to cover that 0.000001%. It's okay if you don't want to. I honestly will still commence everything that we have planned. I'm just giving you a small amount of information in which you have the opportunity to comfort me just a little bit more. You don't owe me that and you don't have to do that, though. It's not an ultimatum. I'm still here regardless. I'm just asking (not demanding), as a parent who loves and takes care of my child in EVERY good way possible, to give me that small amount of comfort.

PERSON 1:       Does that make sense? Or does that all just sound like crap to you? Lol

PERSON 1:       It's scary, knowing that there's a stranger out there who could put me away for LIFE. And that's on me. But you have a chance to comfort me just a *little bit* more.

PERSON 1:       Omg I love you.

PERSON 1:       You can delete now, thanks.

PERSON 1:       But do you understand where i'm coming from? (smiley face emoji)

FIRTH:          of course

PERSON 1:          Ok. Thank you.

FIRTH:              I'm extraordinarily empathetic, so very understanding.

PERSON 1:          I'm excited for today.

FIRTH:              ill be back, just getting [REDACTED] up and stuff

PERSON 1:          I figured. Take your time (smiling emoji)

PERSON 1:          I love this app you showed me.

    29.    Later on May 30, 2024, FIRTH and PERSON 1 have the following online text conversation on Discord:

PERSON 1:          They just got here

PERSON 1:          Briefing for the day

PERSON 1:          Hi

PERSON 1:          Want me to show you the shorts I have on?

FIRTH:              of course

PERSON 1:          Ok one sec

PERSON 1:          Maybe I'll have the older one sit in my lap while I work

FIRTH:              be careful now...

PERSON 1:          Wdym?

FIRTH:              Well, when we *kind of* get away with doing something that we know we probably shouldn't be doing, we tend to do it a bit more...like, push the limits, for lack of a better phrase...

PERSON 1:          I understand

PERSON 1:          I'll proceed with caution

PERSON 1:    I wouldn't hump while she is in my lap

PERSON 1:    But maybe just pull it out for just one second. No stroking or anything. Put just to simply put it against her back for a brief moment. Is that something you would like to see or no?

FIRTH:    well, maybe not to the extreme, but I'm pretty sure you wouldn't be able to resist *adjusting* her a bit...and then you'd slowly start rubbing yourself back and forth just *a bit*...

PERSON 1:    I could contain myself.

PERSON 1:    I will contain myself, rather

FIRTH:    Yes, *could*.   And quick correction there.

PERSON 1:    (laughing emoji)

PERSON 1:    It's okay, she may not even want to sit in my lap   while i work

FIRTH:    So what's the plan then? What scenes do you have playing thru your mind currently?

FIRTH:    yeah, that would be pretty boring for a kid

PERSON 1:    Well I do want to see what my penis looks like on her back.

PERSON 1:    But that may not present itself today.

PERSON 1:    They are both wearing matching outfits

FIRTH:    aww

PERSON 1:    What would YOU like to see happen?

PERSON 1:    Not that I will force that thing to happen. I'm just curious.

PERSON 1:    Oh here are some more ai pics of you care to see!

| FIRTH: | Honestly, I'm not quite sure. I just find taboo thoughts and fantasies to be intriguing. |
| PERSON 1: | I see. |
| FIRTH: | Start sending them with the uhhh |
| FIRTH: | Spoiler thingy |
| PERSON 1: | The prompt? |
| FIRTH: | The pictures and any videos |
| FIRTH: | So they're not as obvious until it's clicked on |
| FIRTH: | You know how to do that? Like, when you are attaching the photos on the phone, hold down on the image and it will give you the option to mark as a spoiler |

30.    FIRTH and PERSON 1 then begin to discuss AI generated photos and begin sending each other photos. PERSON 1 says the prompts he used included, "16 year old girl not wearing a shirt or bra", "13 year old girl bending over so that her flat chest is revealed", and "exposed 12 year old girl who is happy to finally be going through puberty." FIRTH also sends a voice message to PERSON 1. PERSON 1 talks about his nieces in the other room and they then have the following online text conversation on Discord that continues on May 30, 2024:

| PERSON 1: | Do you want me to go sit next to them and reveal my cock to the camera? (not them) |
| FIRTH: | I think you want to do this... |
| PERSON 1: | I do, but do you want to watch that happen? |

FIRTH:          yes, because I know you enjoy being watched...

FIRTH:          [Photo sent of what appears to be an AI generated image of a
                prepubescent minor female, based on her child-like face and
                body features to include lack of breast development and child-
                like arms and legs. The prepubescent minor female is bending
                over wearing overalls and her bare chest is visible.]

PERSON 1:       My fucking god.

FIRTH:          omg

FIRTH:          your shorts (boxers, almost?) are leaking precum thru the front.
                and you so brazenly exposed yourself like that...at any moment
                they could have looked over and seen you...

FIRTH:          they probably *have* seen you, out of the corner of their eyes...

PERSON 1:       She won't let me go back to work lol

PERSON 1:       Did you watch?

FIRTH:          she loves this because you're giving her attention she doesn't
                get at home.

PERSON 1:       Should I give her more?

FIRTH:          i still remember when i was a little girl, all I wanted was for
                someone to play with me. none of my older siblings would
                want to play with me (I mean, they did sometimes, I guess),
                and my parents were always busy.

PERSON 1:       Should I keep trying to get her out of my chair?

48

FIRTH:            and i had such a huge crush on my older brother, who didn't

                  notice me for the most part.

PERSON 1:         I'm sure you did.

PERSON 1:         You must have been a fun little sister

PERSON 1:         Do you want to do a live video call?

PERSON 1:         I could probably keep playing with her

PERSON 1:         Until I cum

FIRTH:            honestly, it looks like she's wanting you to throw her on the

                  bed and climb on top of her to tickle her

PERSON 1:         Ok. Live call?

FIRTH:            just make sure the phone is over a bit more facing the bed...

PERSON 1:         Ok

[DISCORD shows an incoming message consistent with a live video call]

FIRTH:            oh fuckkkkkk....

PERSON 1:         Jesus christ

FIRTH:            That was so much cum...so hottt

FIRTH:            And the older one kept climbing right on top of you...

PERSON 1:         She did

PERSON 1:         A lot

FIRTH:            How many times did you almost cum with them on top of you?

PERSON 1:         Like 5

PERSON 1:         Did you see all of it?

FIRTH:              yessss

PERSON 1:          Did you like it?

FIRTH:              mhm

PERSON 1:          Were you playing with yourself too?

FIRTH:              almost

PERSON 1:          Could you see my dick through my shorts for any of it?

FIRTH:              yessss

PERSON 1:          Their little hands kept grabbing it

PERSON 1:          on accident of course.

FIRTH:              I saw that...

PERSON 1:          Ah, fuck lol what the fuck is wrong with me haha

FIRTH:              and this is the first time you've ever done this with someone

                    else knowing and watching you?

PERSON 1:          Yes.

PERSON 1:          I've not ever played with grabbed each other like THAT

                    though.

PERSON 1:          Did you see her little chest?

FIRTH:              I saw it all...and rubbing back and forth on your cock, she kept

                    coming back for more

PERSON 1:          yeah

PERSON 1:          Did you record any of it?

FIRTH:              this excited you even more, didn't it? getting to do that while

50

|  |  |
|---|---|
|  | knowing I'm watching every thing and can see what is happening...and what's being touched...and by who... |
| FIRTH: | oh...did you want me to? |
| PERSON 1: | Yes and no. If you didn't i'm glad. If you did, I would just want to see her little chest. |
| FIRTH: | oh trust me, you'd want to see more than that. there was so much to see...I was wishing I could "rewind" it a few times, but obviously, it wasn't a video, it was live, so...I couldn't rewind (laughing emoji) |
| PERSON 1: | Yes, I loved that you were watching as my friend. It's not that you wanted to watch it, because you thought it was hot or anything... but I love that you watched it, not judging me, almost... supporting me? Not supporting. But you just let me, without making me feel like a piece of shit. |
| PERSON 1: | It was much hotter knowing you were watching me. |
| FIRTH: | you're really cute, too, I should mention. |
| PERSON 1: | I DO love them. |

31.     On May 31, 2024, FIRTH and PERSON 1 engage in online text conversation on Discord and continue to discuss AI generated photos and begin sending each other photos of what appears to be AI generated photos of minors and age indeterminate females in various states of dress and undress. FIRTH states she creates some of the photos for others, stating, "oh, I was doing those ones for the

51

boys in my server who aren't of age yet to be in the nsfw channel". PERSON 1 asks,

"You talk to minors? That's cool." FIRTH responds, "yeah, they play CATS, My

server is for my gang, but we have a community section as well for other players who

aren't in our gang."

      32.    Later on May 31, 2024, FIRTH and PERSON 1 have the following

online text conversation on Discord:

PERSON 1:      My older neice came over for a bit this morning.

PERSON 1:      She's gone now

FIRTH:      oh? just her?

PERSON 1:      yea...

FIRTH:      ooooh...where was her sis?

PERSON 1:      She went to a dr check up

FIRTH:      so did anything...special happen today? while you were getting

      to have one on one time together?

PERSON 1:      Yes.

PERSON 1:      I may need to ask them to talk to (name of Minor Victim 1)

      lol she's a BIT too touchy feely

PERSON 1:      like

FIRTH:      tell me, I want to hear all the details

FIRTH:      oh?? tell me!!

PERSON 1:      Well. A few things.

PERSON 1:      She 100% saw the first 4-ish inches of the base of my penis. I

|  | legit didn't mean for that to happen. Truly. She tried to pull down my pants again. Nearly succeeded. |
|---|---|
| FIRTH: | like, what was going on when she tried pulling down your pants? |
| PERSON 1: | She kept flashing me. I told her she can't do that. |
| PERSON 1: | She was just in a sily playful mood. |
| FIRTH: | flashing you? like, lifting her shirt up? |
| PERSON 1: | yes. |
| PERSON 1: | I told her she can't, so naturaly she did it more. |
| PERSON 1: | I threw her on the bed a bunch again today. |
| PERSON 1: | Liek yesterday. |
| FIRTH: | so was it while you were throwing her on the bed, playing and stuff, that she pulled on your pants? |
| PERSON 1: | I wonder if it's just because of what' shappened in the past few days, but she's been gettin VERY curous about parts lately. |
| PERSON 1: | No, her pulling down pants was sorta the thing that started our whole play session. |
| FIRTH: | I would say probably, yes. |
| PERSON 1: | Well |
| PERSON 1: | shit. |
| FIRTH: | like, were you standing up? what were you doing when she did that? |

PERSON 1:    I was taking a break to grab a drink of water from the fridge.

PERSON 1:    She kept hugging and nagging me to play but i told her I gotta work. I was, secretly, hoping that she'd get in my chair again and refuse to move. But i wasn't expecting her to just... go for the shorts.

FIRTH:    so did she climb on you and bounce around again?

PERSON 1:    Yes.

FIRTH:    and don't be nervous - I know it's a sensitive topic, which is exactly why I would never share this with anyone else ever. I know you need to have a safe place to open up and be yourself.

PERSON 1:    thank you

FIRTH:    I want you to tell me exactly what happened, in as much detail as you'd like. I think the more detailed, the better, but perhaps that's just my own perversion speaking, can't say for sure on that part (laughing emoji)

PERSON 1:    At one point she was bouncing up and down on me in cow girl position. At that point I was obviously having such a good time that I gas lit her and said, "At least you're not lifting up your shirt anymore."

PERSON 1:    So of course at that point. While she's jumping up-and-down, and may she lifts up her shirt. Almost entirely off. She has little buds.

54

PERSON 1:        I "tried" to have her pull her back down. But she's "just so strong".

PERSON 1:        I tried to reach up and pull her shirt down for her, But I ended up just grabbing her waist and her belly and her boobs a bunch on accident.

FIRTH:           fuck i wish you recorded this so I could see

PERSON 1:        I had a little bit

PERSON 1:        I deleted it because I felt so bad

FIRTH:           fuckkk look in your deleted folder!!!!

PERSON 1:        I know all about the deleted folder. It's gone gone.

FIRTH:           i wanna see!!! really fucking badly now

PERSON 1:        Trust me, I watched it and jerked off afterwards too.

PERSON 1:        But it's gone gone gone.

PERSON 1:        I pulled my penis out.

FIRTH:           I didn't mean to interrupt though. Keep telling me everything, as detailed as possible

FIRTH:           while she was on top of you?

PERSON 1:        Yes.

PERSON 1:        She did not see it.

PERSON 1:        But at one point it was right underneath her.

FIRTH:           so she definitely felt it...pressed up against her little clit

PERSON 1:        Maybe

55

FIRTH:        did she rub back and forth on it?

PERSON 1:     it was mainly just bouncing

PERSON 1:     I eventually came by bending her over and humping her bum...

PERSON 1:     Clothes were all on.

PERSON 1:     I just...

PERSON 1:     I was making silly noises, so that she thought that I was still just

              playing.

FIRTH:        like was she lying down or was she bent over on her knees or...

PERSON 1:     Her face was down in the bed   While she was laughing while I

              held her bum in the air

PERSON 1:     I deleted the video because it genuinely looked like I was

              fucking her

FIRTH:        so your throbbing hard cock was humping her tiny little bum as

              it was up in the air...

FIRTH:        how fast were you moving?

PERSON 1:     Yes.

PERSON 1:     Really really fast

PERSON 1:     And they were full thrusts

FIRTH:        oh daaaamnnn

PERSON 1:     But she has little buds

FIRTH:        so you got REALLY into it...were you holding her waist and

              pulling her towards you as you thrust yourself up and down

|   |   |
|---|---|
| | against her? |
| PERSON 1: | Yes. |
| PERSON 1: | It was over pretty quick |
| PERSON 1: | I already did talked to her adterwards about how it's not a good idea to be hopping in boys laps and stuff |
| FIRTH: | omg whyyy didn't you tell me when things were getting like that?? I can't believe I missed it <:ottersadcry:1143296904621477909> |
| PERSON 1: | Ugh. |
| PERSON 1: | I'm sorta glad you did though. |
| PERSON 1: | I feel yucky now. |
| FIRTH: | you felt guilty afterwards |
| PERSON 1: | ooooooh yeah |
| PERSON 1: | very |
| PERSON 1: | still do |
| PERSON 1: | Which is why I think i've gotta talk to my brother and ask him to talk to her about private parts and jumping on me and stuff. |
| PERSON 1: | I know that's hardcore gaslighting, and I'll ask him to not say to her in such a way that makes her feel bad, but just... inform her |
| PERSON 1: | idk |
| FIRTH: | I'm sure!   damn...I feel like I'm partially responsible for you feeling this way... |

57

PERSON 1:      oh stfu

PERSON 1:      You added nothing lol]

PERSON 1:      I didn't have you watch today that was all me.

FIRTH:      no seriously, though - it hadn't ever gotten to the point like it did yesterday before you talked to me, did it?

FIRTH:      ....?

FIRTH:      Nick?

PERSON 1:      You didn't make it worse.

PERSON 1:      I swear lol

FIRTH:      but...answer my question...

FIRTH:      I know you'd said you'd lay down behind them sometimes, but that was about as far as it went...unless I'm forgetting something, which is also possible

PERSON 1:      You're not forgetting anything. I just haven't told you everything.

PERSON 1:      Stuff like that has been happening since I was a young teenager.

PERSON 1:      You didn't make anything worse I swear lol

PERSON 1:      The only reason why I am saying anything about putting a stop to it, or whatever, is because i'm a dad. And I can't lose my son. Cause his mom is worthless.

PERSON 1:      It makes me a little sad that I am somehow the best thing in his life.

FIRTH:          so then what suddenly made you feel so guilty about today? if

                stuff like that has happened before yesterday?

PERSON 1:       Because that's the first time i've captured it on camera I

                suppose.

PERSON 1:       So seeing it after made me a little sick.

PERSON 1:       Hot, yes. But sick moreso.

FIRTH:          So you watched it after she left, I'm guessing?

PERSON 1:       Yes.

FIRTH:          But at first you found it super arousing?

PERSON 1:       After the orgasm? No.

PERSON 1:       Post nut clarity is the most powerful thing on this planet.

FIRTH:          You jerked off to the video, I thought

PERSON 1:       I did.

PERSON 1:       Like right after she left

PERSON 1:       That was before I allowed for any guilt to kick in

PERSON 1:       I kind of purposely held off the guilt just so I could look forward

                to her leaving so I could watch it

FIRTH:          How long was she there for before you two started playing

                around? And how long was she there for afterwards?

PERSON 1:       It was only about 10 minutes after she was dropped off. And

                then we had about thirty minutes of playing a video game

                together

FIRTH:          So 10 minutes after she got there, you two started wrestling around and stuff?

PERSON 1:       Yeah

FIRTH:          How long did the horseplay last, about? From start to finish?

PERSON 1:       Maybe fifteen minutes

PERSON 1:       Why do you ask

FIRTH:          And after you were done playing, did you just say you had to go to the toilet?

PERSON 1:       Yes.

PERSON 1:       You're asking a lot of detail questions lol

FIRTH:          I'm just curious, really. Trying to get a clearer picture in my mind so I can also help you with different things you might be feeling and going thru.

PERSON 1:       I see.

FIRTH:          and also to try to determine what may have gotten her to do different things

PERSON 1:       I didn't have any intentions of anything before she came over. I DID have work I wanted to get done.

PERSON 1:       I was even wearing boxer briefs lol

PERSON 1:       But the pants pull down thing...

PERSON 1:       I don't think she meant to pull down my pants for the sake of looking at my penis. I think she was just wanting to get my

|  |  |
|---|---|
|  | attention to play with her. |
| FIRTH: | but I didn't know that you've gotten as far as you did yesterday before yesterday, so I don't know how long any of it has been going on for, and when one thing led to another thing which led to another thing |
| PERSON 1: | And obviously her doing the craziest things have gotten my attention |
| PERSON 1: | It feels further because it was on video. |
| PERSON 1: | So. |
| FIRTH: | had she ever flashed you like that before today? |
| PERSON 1: | Kinda? |
| PERSON 1: | Yes, in short. |
| PERSON 1: | But before today it was always around a crowd |
| PERSON 1: | It felt odd that she was doing it with just me there |
| FIRTH: | have you ever kissed her in places, whether she was awake or sleeping? or only just touch a bit here and there? |
| PERSON 1: | never kisses anywhere |
| PERSON 1: | but her mom is very kiss-y |
| FIRTH: | I see. So yes, definitely cause for concern, as you don't want her thinking it's acceptable to do that as if it's a normal thing. |
| PERSON 1: | Right. |
| FIRTH: | Do you know what you're going to say to your brother? Like, |

|  |  |
|---|---|
|  | are you absolutely sure she won't reveal anything to him? |
| PERSON 1: | I don't there is anything TO reveal. |
| PERSON 1: | I don't think she'd even think to say that anything to describe humping |
| FIRTH: | but today, when you had her turned around and were humping her...where did your cum go? |
| PERSON 1: | Plus I mean... that particular family watches A LOT of rated R movies... Like definetely movies with sex scenes and such. |
| PERSON 1: | In my boxers. Down my legs and into my shirt. |
| FIRTH: | do you think...your brother has ever done anything at all? |
| PERSON 1: | I've wondered. |
| PERSON 1: | Part of the reason i wanted to talk to HIM. Maybe somehow this will be good for EVERYONE. |
| FIRTH: | Have you? What's made you wonder? By things she does (like, only her)? Or have you seen any behavior from him that could easily be brushed off as a loving father but could also be seen as something...more? |
| PERSON 1: | Well he's a crass man. We all kinda are, but at least I watch what I say around minors. I think that's important. |
| PERSON 1: | I don't mean to for that to negate anything I'm obbviously guilty of. |
| PERSON 1: | But I do try in the areas that I know I can help in. |

FIRTH:          Not at all, I don't take it that way

FIRTH:          So was she only there for like 1.5 hours?

FIRTH:          or less?

PERSON 1:       yes..

FIRTH:          So I wonder why she'd be dropped off to be at your house

                while you're working...for such a short period of time, instead

                of going to the doc with her sis?

PERSON 1:       She asked to.

PERSON 1:       Then her mom asked me.

PERSON 1:       I said yes.

FIRTH:          oh shit. fuck, I bet when you first heard that, you got excited

                though.

FIRTH:          did she ask yesterday or today?

PERSON 1:       Actually no! I was slightly annoyed beacuse I take

                [REDACTED] EVERYwhere I go. I've not known very many

                women in my life to take their kids places. It's whatever, but

                whenever I've had [REDACTED], at any age, or even any of my

                nephews or nieces, I've never thought ""who can I hand these

                kids off to so that I can go somewhere with less inconvenience? I

                just made it work. Every time.

PERSON 1:       I wasn't excited until the pulling down of my shorts.

FIRTH:          and I'm sorry for so many questions, I realize you're having a

really hard time with this right now and feeling super shitty about yourself, I'm not trying to make it worse by making you relive it again by telling me. I'm hoping that by having someone you know you can open up to and actually get all of this out of your own mind and talk it out with, it will help you process everything and get to a better place overall.

PERSON 1:        Right.

FIRTH:           Like, I really do actually care.

33.    FIRTH and PERSON 1 continue to engage in online text conversation on Discord for several days, and on June 3, 2024, they have the following online text conversation:

FIRTH:           so how far had you gone with one of that age-range, from when you were 18+?

PERSON 1:        None.

PERSON 1:        Why?

FIRTH:           I'm just trying to see if that time, with me, was indeed the first time

FIRTH:           aaaaaaand it sounds like it was (laughing emoji)

PERSON 1:        Since I was 18+, yeah

PERSON 1:        But

PERSON 1:        Again

PERSON 1:        Do you blame yourself for this?

FIRTH:          I mean...no...but I do still feel some responsibility

PERSON 1:       What does that make you feel?

FIRTH:          Fuck, I don't know. (laughing emoji) I'm still disappointed that
                I missed out on getting to see it. Not sure what that says about
                me, as this was never something I had an interest in before. I
                think it's maybe just with you, when you do it.

PERSON 1:       Yeah. I get it.

PERSON 1:       So, you don't feel guilty?

FIRTH:          like, i kinda wish she was coming over today...

PERSON 1:       Me too

PERSON 1:       The image of me humping her little butt and pussy over her
                tights while she's just... laughing and so fucking happy.

PERSON 1:       God damn.

FIRTH:          well, no. She wasn't hurt and she has no idea what was going
                on.

PERSON 1:       That is correct.

PERSON 1:       So, will you watch me when they come Wednesday, please?

FIRTH:          well...where *is* she today?

    34.    Later on June 3, 2024, FIRTH and PERSON 1 have the following
online text conversation on Discord:

FIRTH:          how often would you say you've thought about being with her
                again, since she left Friday? I know there was that period of

guilt/shame, but after that wore off?

PERSON 1:    Why do you think I felt guilt and shame? It's because I want her. Bad. The whole I've wanted her. Even during the guilt. What's fucked is that I think the reason why I borderline *fall* for... well, someone as young as her, is because I love how a child LOVES. She looks at me with a purety no other girl can offer. And I love that. I've always suspected that that's just the love of a father and that maybe I'd get that someday, but I'm certain I'd sexualize my own daughter as well.

PERSON 1:    So. I'm fully aware that it's not a true love. It's not, and there's no way that it is. But, idk. I've been wrong a lot in my life. I also know that my sex drive is high, and that my view if sex and love might be too altered by the pain I've had in my life.

FIRTH:    like...what else do you picture doing with her?

PERSON 1:    Genuinely?

PERSON 1:    The kind of shit you and I have roleplayed to be honest.

PERSON 1:    I made some break throughs with the ai art btw

PERSON 1:    Is that bad?

FIRTH:    I mean, it's one thing to think about something, a totally different thing to actually do it.

PERSON 1:    Agreed.

FIRTH:    With the more...obvious kinds of things, we can roleplay

those...

PERSON 1:      Right.

PERSON 1:      Let me ask you.

FIRTH:         Because otherwise, not only will it create problems, but it will also taint the image you have of her

FIRTH:         sure, anything

PERSON 1:      What do you wish you could see happen, even though it won't happen? Like, in an alternative universe where anything goes, all is legal, etc, what would you like to see happen?

PERSON 1:      I agree.

FIRTH:         well, these things **are** legal in some countries. It's not so much about whether it's legal or not, but more so if it's going to fuck someone's mind up for life

FIRTH:         So I would say my answer would be...

PERSON 1:      Let's hear it.

FIRTH:         only things she isn't aware of. Like, if she were sleeping, in HEAVY sleep...

FIRTH:         You see, that's like, when we roleplay, I prefer to keep myself on the innocent, naive side, because something about that...the *not knowing*...makes it a lot hotter, to me at least.

FIRTH:         Like, for example...

PERSON 1:      Go on...

FIRTH:   When we're RPing...if you were to do things to me while I'm sleeping...OR maybe your little girl waits until *you're* sleeping to "explore"...

FIRTH:   ...where everything remains innocent...

FIRTH:   a few months ago, I found this really hot video, and I swear to god it had to be real and not one of the obviously fake ones...this guy sneaks in on his sister while she's sleeping and fucks her. I haven't been able to find that video since, which sucks, because it was def hottt

PERSON 1:   I've seen videos like that. I love those kind.

FIRTH:   but continue telling me what you were going to say

PERSON 1:   Right. So, the fact that (name of Minor Victim 1) had no idea that I was legitimately humping her bum and privates, for the purpose of cumming, all while she had ZERO idea wtf that stuff even is... that makes it hotter? Or rather, would it be more hot if you discovered that (name of Minor Victim 1) knew what penises, orgasms, semen, vaginas and intercourse all were (or at least the conceptd) and THEN wanted that with me?

PERSON 1:   I like the idea (and no, I won't allow it) of her WANTING to see my penis, and me allowing her to look at it, examine it, etc, until I cum all over her face or something.

PERSON 1:   Idk what it is Britt, I really want to let her hold my penis. I want

68

to see her little hands wrapped around it.

FIRTH:      When she has ZERO idea what's happening. Or where she

                    might be *curious*, as I remember being at that age, but is not

                    consciously aware of how that is definitely not okay

FIRTH:      Keeping her innocent is key.

PERSON 1:   Right. I also know that it is not ok.

PERSON 1:   I agree.

PERSON 1:   It doesn't take away my wish for that to happen.

FIRTH:      well, I know (laughing emoji)

PERSON 1:   But I am confident that my love for her will trump, so even

                    when those wishes come to my head, I'll restrain myself just

                    fine.

FIRTH:      And that's why you have this safe place with me to get your

                    feelings out to...

PERSON 1:   Which I'm VERY grateful for

FIRTH:      I mean, just when I go to see her "holding you down" because

                    she is so "strong"... straddled on top of you, bouncing and

                    rubbing herself back and forth over your rock hard cock, all

                    while you were so desperately wanting to feel her on you like

                    that...

FIRTH:      man, I still so badly wish I could have seen how you were

                    humping her like a dog until you came all over yourself

PERSON 1:        My god, i was not going soft either.

PERSON 1:        I was legit fucking my 8 year old niece's little ass.

FIRTH:           the innocent giggles...making you wish she would

                 "accidentally" grab your cock and instinctively shove it inside

                 of her...

PERSON 1:        Oh my god, yes.

FIRTH:           making you so desperately want her without even realizing...

PERSON 1:        She fucking would do something like that, if I told her NOT to

                 do it. She's stubborn and a tease like that.

PERSON 1:        Kinda like how she only kept showing me her little buds

                 because I told her not to.

FIRTH:           all kids do that...

PERSON 1:        She would take it further than most.

FIRTH:           exactly...and when they were jumping on top of you because

                 you told them not to...

PERSON 1:        She was legit touching and grabbing my penis outside my

                 shorts, remember?

FIRTH:           I think it will be more difficult to do it when her sister is there,

                 no?

FIRTH:           Oh, I remember...

PERSON 1:        You're right

FIRTH:           I think she's very interested in you and your boy parts...

PERSON 1:      Maybe I can have the younger one be upstairs while (name of Minor Victim 1) and uncle nick play?

FIRTH:        how, though?

PERSON 1:      I think she is too. I'm interested in her and her girl parts.

PERSON 1:      Coloring, perhaps. A movie. Her tablet.

PERSON 1:      My god I'm so hard right now.

FIRTH:        I was just thinking, you must be so turned on right now

PERSON 1:      I am.

PERSON 1:      All because I'm thinking about my niece.

FIRTH:        She's the younger one, it's doubtful she'll just stay somewhere while her sister is getting special uncle time

PERSON 1:      True. But I'll bet I can buy a few minutes.

FIRTH:        I kinda want it to be longer than this, though

PERSON 1:      I do, too.

FIRTH:        btw, when is (name of Minor Victim)'s birthday?

PERSON 1:      I want to see and feel her little titties again

PERSON 1:      February

FIRTH:        I think she'll be more likely to do...more...when her sister isn't there

PERSON 1:      I agree.

FIRTH:        oh...so she only just turned 8 a few months ago?

PERSON 1:      Yup. Maybe I can tell her that she better not moon me.

FIRTH:          well, do you have any clothes for dress-up?

PERSON 1:       Mmm, not really :/

FIRTH:          i mean...maybe you should get some cute little dresses...so she
                can feel like a princess...

FIRTH:          is she a girly-girl like that?

PERSON 1:       Mm, she can be. But I'd argue she's more tomboy.

FIRTH:          Yeah, I was always a tomboy

FIRTH:          hated dresses (laughing emoji)

PERSON 1:       I don't think i could get her to change clothes without raising
                too much suspicious.

PERSON 1:       I think the most I can do is tell her that she better not take off
                her shirt or show me her butt.

FIRTH:          but we still have the problem of the younger one...

PERSON 1:       Idk what to do about that one

PERSON 1:       I think if I make a deal with her

FIRTH:          hmmm...is there any way you can think of where you can have
                [name of Minor Victim 1] over today or tomorrow?

35.    FIRTH and PERSON 1 continue to engage in online text conversation

on Discord on June 3, 2024. They discuss AI generated photos and PERSON 1

sends several to FIRTH. PERSON 1 also tells FIRTH about a video he watched of

sexual activity involving, "The little girl had to have been…. 7 or younger."

PERSON 1 tells FIRTH he received that video in, "a cluster of porn videos someone

on Kik had sent." FIRTH tells PERSON 1, "you def need to be careful". They continue to discuss PERSON 1 engaging in sexual activity with Minor Victim 1 with FIRTH offering, "I kind of wonder….I wonder if you were pretending to sleep, but she thought for real you were taking a nap…if she would try to touch you…"

36.    The online text conversation on Discord continues between FIRTH and PERSON 1 on June 4, 2024. FIRTH states, "Mayyyybeeeee plant that idea in [name of Minor Victim 1]'s head. Not outright saying it" and "Ask when she last had a slumber party and what her favorite parts were about it". FIRTH further states, "If you have a tent or even a play tent of any sort…" and "That would kind of require you to be really close to each other…" FIRTH also states, "And maybe reading a book or watching something with her sitting right in front of you, in between your legs. Or on your lap." FIRTH continues to provide ideas to PERSON 1 saying, "Do you ever walk around without your shirt on?", and "Is there a pool nearby?"

37.    The online text conversation on Discord continues between FIRTH and PERSON 1 on June 5, 2024. PERSON 1 states that Minor Victim 1 is with him. FIRTH asks, "ah, is she on your lap?", "maybe ask why she wanted to come back over so badly", and "Maybe put your camera on? I mean, I have to go pick my [relative] up before 5:30 and it's 4:43 right now…". [At this point there is an incoming Discord message indicative of live video chat]. FIRTH states, "Move your hand a bit, it's covering some of the camera". FIRTH further states, "she was def trying to touch on you" to which PERSON 1 responds, "Did you see my cock throbbing right next to ger?". FIRTH responds with, "because she kept her hand

73

there or a little while", and "yes". FIRTH continues by saying, "let things slowly

build up a bit, but don't do anything...make it to where she's almost begging you for

it.", and "and I'll try to see if I can find somewhere for [REDACTED] to go play."

FIRTH states, "if things do get going when I'm not able to watch, please please

record for me". FIRTH departs the conversation saying she is going to get

[REDACTED] but later FIRTH and PERSON 1 discuss what happened after she

left with FIRTH saying, "Oooh tell me! And did you record any of it?" PERSON 1

then sends FIRTH two videos described as follows:

> Message ID: 1248047091305943163
> A color video with sound approximately 1 minute 9 seconds in length
> of whom I know to be PERSON 1 and Minor Victim 1. PERSON 1 is lying
> on the bed and Minor Victim 1 repeatedly tries to pull down PERSON 1's
> shorts with the base of his penis visible briefly. At one point, Minor Victim 1
> lays her head down on PERSON 1's waist.

> Message ID: 1248047188005748807
> A color video with sound approximately 1 minute 11 seconds in length
> of whom I know to be PERSON 1 and Minor Victim 1. PERSON 1 is lying
> on the bed and Minor Victim 1 repeatedly tries to pull down PERSON 1's
> shorts. Minor Victim 1 also appears to "mock" scratch him and is wearing a
> headband with cat ears on them.

38.     The online text conversation on Discord continues between FIRTH and

PERSON 1 on June 6, 2024. The two discuss the videos that PERSON 1 sent to

FIRTH the day before, with FIRTH saying, "She is **very** aware of your boy parts

and is extremely curious", and "Even trying to lay her head on you to have an

axcuse to put her arm/hand over you". PERSON 1 states, "I kept not doing what

she wanted so that she would try to fight me. That worked really well. I'd tell her that

I was getting sick of video games, or watching a movie and how I just wanted to lay

down and rest for a moment. So that's when I went to the bed to lay down. It took a minute for anything to happen but she eventually came to act like an angry kitty." FIRTH states, "Well, I'm almost positive that if you 'fell asleep', she would touch more". FIRTH discusses recording the events saying, "I bet there's a place you can put your phone to record all of it when you're 'sleeping' or busy in some other way", "I'm still wishing I got to see what happened last Friday", "You can probably set up an area near the wall to the left of your desk or something… maybe on the windowsill? Something that shows the entire bed and everything that's happening", "I've told you I'm not going to judge you. But now I'm very curious as to 'what happens in the future' might entail", "No, I won't tell anyone. Like I've said before, I almost feel like I'm here to help make sure you **don't** get yourself into any trouble", and "…and to film when she climbs on top of you and presses up against your cock… moving back and forth, up and down…".

39.    Continuing with their online text conversation on Discord on June 6, 2024, FIRTH confesses to PERSON 1 that she did record one of their live video calls saying, "Okay I won't evade the truth here. I did record it. I didn't want to upset you, because last time I recorded something, you didn't like it." PERSON 1 states, "My life is KINDA in your hands." and, "It's ok. I understand. And thanks for being honest. Please, as a father. I beg of you never to allow these things to be revealed. To anyone. Ever. Even to someone else who's like me." FIRTH says, "I would never reveal these to anyone ever.", "I don't even keep them on my phone" and, "I send into a private Discord server (I'm the only member)". FIRTH tells PERSON 1 that

she is sending him the video at 1547 UTC and the video is sent to PERSON 1 via Discord. The video is identified in the Discord search warrant returns having a file name of SPOILER_20240605-2047-38.7914659.mp4. This video is listed in CyberTipline Report #203468385, with the file name "SPOILER_20240605-2047-38.7914659.mp4," as described above in paragraph 14, and it depicts at least one minor engaging in sexually explicit conduct, that is, masturbation, and also depicts the lascivious exhibition of the genitalia of any person, and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256. PERSON 1 and FIRTH then discuss time stamps in the Discord chat that correspond to timestamps in the video.

40. The online text conversation on Discord continues between FIRTH and PERSON 1 on Discord for several days and on June 11 and 12, 2024, the two continue to discuss creating a scenario with Minor Victim 1 where she believes PERSON 1 is asleep while FIRTH is on a video call to watch. PERSON 1 states, "Well just that if you were gonna join the call, that I could put ear buds in my ear so that I can hear talk if you wanted/needed to talk". FIRTH responds, "this does sound interesting actually", and "Especially if you were to be 'sleeping' so I can tell you what I'm seeing…". FIRTH also provides the idea, "you could always start a thing with her where you say, 'who loves you?', and she might say, 'daddy' or mommy', etc., keep asking until she says 'you!' Then give her a big hug (pick her up if you're standing) and when she's in your arms pressed up against you, give her a sweet daddy/daughter kind of kiss on the neck/cheek".

41.    The online text conversation on Discord continues between FIRTH and PERSON 1 on Discord for several days and then on July 11, 2024, they again discuss Minor Victim 1. PERSON 1 states, "So there was one day two weeks ago where she was able to see my whole penis (it was mostly soft, at least it was dangling downward) a few times". PERSON 1 tells FIRTH about them "playing on the chair and on the bed. There wasn't very much dry humping or anything that hasn't already happened". FIRTH responds, "So there was less rubbing than in previous times? And did you film any of it?". PERSON 1 then states how he changed clothes in front of Minor Victim 1.

42.    The online text conversation on Discord continues between FIRTH and PERSON 1 for several days and then on July 21, 2024, they again discuss when PERSON 1 was last with Minor Victim 1. PERSON 1 states, "Oh, yeah a bit on Thursday. Nothing NEW, but yeah, some humping and rubbing." PERSON 1 states that he was wearing the loose grey sweats and, "She sorta touched, like, the base of my penis with how low they were one time and how much she was trying to jump up on me." FIRTH asks, "was she rubbing back and forth on you again?" PERSON 1 states, "Kinda like in the video you recorded, where I was 'trying to take something from her' but was also doing the humping motion at the same time". FIRTH asks, "omg, so she was sitting on top of you? Where were her little legs?" to which PERSON 1 responds, "apart. We were scissoring kinda". FIRTH then asks, "So she was definitely rubbing her little clit against your cock?" FIRTH later says, "I wish I could have seen. I really do. I'm sorry I wasn't there." and "I soooo wish you

recorded some of it, any of it, anything". FIRTH also asks, "have you been able to hump her from behind again? or cum while pressed up against her? or touch her chest or between her legs accidentally?" FIRTH also asks, "Have you thought about what it would be like if she fell asleep and you started rubbing your cock in between her legs…" and "…then not being able to resist slowly pulling her underpants down so you can rub to the tip of your head against her tiny little 8-year old pussy lips?"

43.     The online text conversation on Discord continues between FIRTH and PERSON 1 for several days and then on July 26, 2024, PERSON 1 states, "Watching the girls", "she's wearing a dress today.", and "And keeps letting her dress be open". PERSON 1 then sends FIRTH two photos, both of which I reviewed, depicting a minor female whom I recognize to be Minor Victim 1, wearing a dress and laying on a bed. FIRTH responds, "Oh shit, that must be turning you on big time." PERSON 1 then tells FIRTH, "I'm telling her I need to change my clothes afterwards. I'm telling her she's been sp good today that she can break any rules she wants to", "It's just me going over all of the rules in my house and which ones she wants to break", and "She wants extra snacks, video game time, and to go into my bedroom". FIRTH states, "What did she say about your bedroom? And what is the 'rule' about your bedroom?", "I bet your cock is dripping for her", and "You want her so fucking bad". PERSON 1 then states, "We are in my room. I'm scrambling for clothes", to which FIRTH says, "Video it. Lemme see". FIRTH and PERSON 1 then discuss getting on a live video call and the use of earbuds to listen during the call.

44.     The online text conversation on Discord continues between FIRTH and PERSON 1 for several days, and on August 1, 2024, they discuss Minor Victim 1 again and the planned live video call. PERSON 1 states, "I also think about changing around her, and how she didn't seem to care that I had my dick out right in front of her fucking face when I was taking forever to change clothes. Remember that?" FIRTH responds, "I was able to see her rolling back and forth over you, with her legs open as she brushed along your cock…trying to wake you up". PERSON 1 then says, "Yeah, only her underwear grinding over my dick… fuck that so fun." PERSON 1 states, "I wanted to pull out my dick and hump her underwear so bad. You've no idea." FIRTH responds, "oh, I could definitely tell. and yeah, the pants made it very hard to see everything, unfortunately". PERSON 1 then states, "Bud did you like watching me 'change clothes' with her?", to which FIRTH responds, "she was definitely very curious. especially when you asked if you should change and she said yes. So I'm glad you listened to me and asked her to help you look for something." PERSON 1 asks, "Did you see how close my penis was to her face when she came over to help me look?" and FIRTH responds, "I'm not sure. You were holding the phone so it was hard to see a whole lot". FIRTH later goes on to say, "I still remember when she was rolling her whole body back and forth over your cock while you were 'sleeping'. And when she climbed on top of you with her privates pressed against your hard cock", and "And she has probably started to realize that if feels really good, when your hardness is pressed up against her between her legs, under your shorts".

45.    The online text conversation on Discord continues between FIRTH and PERSON 1 on August 1, 2024, and PERSON 1 asks FIRTH, "You know what CP stands for I assume.", to which FIRTH responds, "Mhm". PERSON 1 then states, "Can I show you or no.", and FIRTH responds, "Okay". They then discuss the content of the videos that PERSON 1 wants to send to FIRTH, with PERSON 1 describing one video as, "One is a little chubby girl masturbating, one is early teen getting naked and one is of a butt fuck of a really young girl. Just 3 videos that I saw before I stopped." PERSON 1 then says again, "Can I show you real quick?" to which FIRTH responds, "Quickly", and "Let me see the butt fuck one". PERSON 1 sends FIRTH ten videos, seven of which depict minor engaging in sexually explicit conduct. Of note, nine of these videos were listed in the above mentioned CyberTipline Report #203468385, one of which is described above in paragraph 14. FIRTH and PERSON 1 discuss the videos with FIRTH also stating, "You should be sending these as spoilers bye in case someone walks up behind me (laughing emoji)". FIRTH also says things like, "The 3rd one here where the girl is pushing it inside her, she is probably only 4", and "The Chinese girl is so drugged up". PERSON 1 asks FIRTH, "If somehow I ever got to do that to a young girl, would you ever watch if I wanted you to?" and FIRTH responds, "I mean, yeah, I'd want to see, hypothetically speaking."

46.    The online text conversation on Discord continues between FIRTH and PERSON 1 for several days, and on August 14, 2024, PERSON 1 tells FIRTH about a time "last Friday" when he was with Minor Victim 1. FIRTH says, "So what

happened on Friday??", and "And did you take any video for me?". PERSON 1 responds, "I did not take any video. I wanted to be hands free. Idk. I wanted it to be MY experience." PERSON 1 tells FIRTH about changing in front of Minor Victim 1, "and I was 100% naked in front of her.." and Minor Victim 1 was "probably 10 inches away from my penis to her face, just STARING at my penis, with no attempt to hide it." PERSON 1 continues to tell FIRTH about activity with Minor Victim 1 and FIRTH asks, "Did you get to rub your cock against her? And where?" They reference back to their live video call when PERSON 1 was with Minor Victim 1, with FIRTH saying, "Yes, but, well, I couldn't see it from afar, so I didn't see much. I do recall you were holding a piece of clothing over your penis that time I believe". PERSON 1 responds, "I suck at cameraman. I'm sorry I really did try that time." PERSON 1 then asks, You didn't record any of that, did you?", to which FIRTH responds, "When I did try to record, there was no audio since I had my earbuds in. And since most of it was on my phone, the video kept freezing, so that would make me miss out on a lot". FIRTH then suggests, "You could get one or two of those nanny cams and place them in certain areas…" PERSON 1 responds, "Now that's a good idea." FIRTH tells PERSON 1, "Order some now" and, "Here's one: vebiliki Hidden Camera, 2K FHD WiFi Camera, Security Camera, Cloud & SD Storage Small Camera, 90-Day Standby Time Home Camera, AI Motion Detection, Auto Night Vision, Upgraded Stable Stand https://a.co/d/0JiM1n1". FIRTH later states: "You also still need to plant the idea in her head about having a fun sleepover at Uncle Nick's house, since of course you'd make the best popcorn and let her stay up

later than usual as long as she doesn't tell anyone, since you don't want ot get in trouble for letting her have more fun by bending a few rules…";

"Well…hmmm…maybe there's a way to covertly make her aware that when she's at your house, she doesn't necessarily have to wear underwear under her dress. But this would have to be something done after having a conversation about how uncomfortable underwear can be sometimes or something."; and, "If, one of the days when you're 'sleeping' and know she's there watching you, if you were to move your arm down and 'adjust' your shorts a bit, then kinda rub the outside of your cock over your underwear for a short period of time, let out a very light, quiet moan of pleasure, like a 'Mmmm' as you sigh, then maybe even possibly accidentally leave a portion of the tip of your cock exposed up on your belly, like where it's accidentally showing itself a bit, then continue snoozing." Later in the conversation, PERSON 1 asks, "How would you feel about sleeping pills?" FIRTH responds, "Well, sleeping pills could be dangerous. Xanax is an option, as that wouldn't just make her sleepy, but she'd forget anything and everything, even if she was awake for parts of it." and, "Otherwise, Benadryl might work".

47.    The online text conversation on Discord continues between FIRTH and PERSON 1 on August 15, 2024, with PERSON 1 stating, "I've been thinking about how unphased [name of Minor Victim 1] was to my nakedness." PERSON 1 then states, "Sorry. I'm back. Trying to get more videos.", and, "I'm just thinking more about it after typing you the story of what happened on Friday. I liked your

reactions. I'm excited for my camera to get here." FIRTH responds, "you ordered one? when will it arrive?"

48.     The online text conversation on Discord continues between FIRTH and PERSON 1 for several days, and on August 24, 2024, PERSON 1 states the camera arrived. FIRTH asks for the login information for the camera and PERSON 1 provides, friedhawk@gmail.com Chubba13!.

49.     The online text conversation on Discord continues between FIRTH and PERSON 1 for several days, and on September 3, 2024, PERSON 1 asks, "Can you see into the camera or no?" and FIRTH responds, "yes! I can see!" FIRTH then says, "Oh! if you get an SD card and put it into the camera, it will allow you to use the playback". Later that same day, PERSON 1 tells FIRTH that Minor Victim 1 and Minor Victim 2 are at his house and, "I'm trying to tell them I'm going to go change. Hoping [name of Minor Victim 1] can follow". They discuss trying to get Minor Victim 1 away from Minor Victim 2 and FIRTH states that she is having problems accessing the camera and sends a screen shot of what appears to be an issue accessing the camera. FIRTH then states, "Nevermind, I've got it up now". Minor Victim 1 however, does not go into PERSON 1's room and instead PERSON 1 masturbates on camera while FIRTH watches. PERSON 1 states, "I was hoping that she would walk in through the door" and FIRTH responds, "And catch you masturbating?" PERSON 1 responds, "Yeah".

50.     On September 4, 2024, PERSON 1 sends an online text message on Discord to FIRTH that reads, "How's that?"

51.     On September 11, 2024, FIRTH sends an online text message on Discord to PERSON 1 that reads, "Hey, how have you been?"

52.     On February 13, 2025, detectives and other personnel with the SJSO executed a search warrant at FIRTH's residence located in St. Augustine. I was also present during the execution of the warrant. FIRTH was at the residence. SJSO Detective Almaguer made contact with FIRTH outside the front door of her residence and invited/escorted her to my unmarked government vehicle. She agreed to enter the vehicle and speak with me and Detective Almaguer. During this consensual interview, FIRTH sat in the rear passenger seat adjacent to Detective Almaguer while I sat in the driver's seat. The interview was recorded with both audio and video. After being advised of her constitutional rights, FIRTH was asked if she understood her rights, and she responded, "I do," and adding a few moments later, "Let's just get down to it." During this interview, FIRTH provided the following information and statements, among other things:

a.     FIRTH identified her phone as a Samsung Galaxy phone with phone number 904-[REDACTED] and her email address is brittany.firth@[REDACTED].com.

b.     When asked what social media she had, FIRTH acknowledged that she had used Facebook, Instagram, Reddit, Snapchat, Whatsapp, and Telegram. She denied currently having Discord. When asked if she had ever had Discord, FIRTH stated she had had Discord "months ago, I don't know how many." Her user name on Discord was "southpaw." When asked why she got rid of Discord, FIRTH

84

stated that Discord "banned me … which was weird because I didn't understand the reasoning, um, but they didn't ever disclose that …."

c.    Her Internet service provider is Comcast (Xfinity) which she has had since 2017 when she moved into her current residence. She stated that she was "pretty sure" that her Wi-Fi service is password protected, and she does not believe that her neighbors use her Wi-Fi.

d.    When FIRTH was asked about a Discord user named "friedhawk," she stated "Oh my G-d, … that guy, I, like, so, I've actually, so, so, he, he was a, not a, a good person," and "[h]e was into things that weren't okay." He was "in Utah or something." She stated that when she went to college and studied criminology, criminal justice, and psychology, and never thought that she would find herself in a position to be talking with someone who was interested in young children. She confirmed that user "friedhawk" was sexually attracted to children. FIRTH stated that one of user "friedhawk's" nieces would come over to his place.

e.    FIRTH stated that in response to learning this, she went online to figure out what to do and there was a website, and she filled out a form. She said she did not remember the specifics because "it's been a little while." FIRTH stated that she called a telephone number [listed on this website] and took notes about it. She stated that she was told to "talk to the person and try to and understand their intentions," and "maybe it's something they're not going to act on if you're able to talk to them and, um, you know, … let them know there's, like, help available or something." She stated that because she had had that background with therapy, that

this "could possibly be a thing," and she was wanting to figure out where in Utah he [user "friedhawk"] was because she was "starting to get very concerned." FIRTH stated that through this website, there was something about submitting "proof" that she could upload it.

f.    FIRTH said that he [user "friedhawk"] had "his phone on" and he was picking up his "niece," who was 7 or 8 years old. He has another "niece" who was about 5 years old. He was interested in the "older one." He would pick his older niece up and throw her on the bed. FIRTH stated that "to any, like, reasonable person you'd see, okay, like, this isn't playing." FIRTH stated that he [user "friedhawk"] wanted her [FIRTH] to watch him watching the girls.

g.    FIRTH stated that her computer had the ability to screen-record videos of this activity and she set that to record because "then I was going to send this in, like, as an upload thing to whatever …" FIRTH had a private server [on Discord] where she would post random things "that nobody else was in." She put that "thing" that she was going to submit [to report this activity] "which I was going to get around to it … it's just I have a life and a job, like, … and my own life stuff and so I just put it in that server with nobody in it …" FIRTH claimed that this "thing" was not anything like "child porn." She stated that she was going to submit that with the form but she "totally forgot about it, to be honest."

h.    FIRTH stated that she and [user "friedhawk"] talked for "over a period of a few months …" After a while, [user "friedhawk"] "just stopped messaging" her.

i.    FIRTH communicated online with [user "friedhawk"] on both her laptop computer and her old phone, which was a Google Pixel. Her laptop computer is a Dell. FIRTH stated there was no way to confirm anything because there was no way to access her Discord account otherwise she "would happily show" the agents.

j.    FIRTH claimed that she had no interest in the activity that [user "friedhawk"] was engaged in and she found it "appalling." She claimed that she was trying to "help [user "friedhawk"] maybe like, get past this in his life ..." She acknowledged and agreed that user "friedhawk" was engaging in concerning behavior. She concluded that this was not something that she could help with at all.

k.    FIRTH provided the niece's first name [Minor Victim 1]. User "friedhawk" stated that he wanted FIRTH to watch them [him and Minor Victim 1]. She stated "it was just weird for me," but the one time that she did, it was a different site with regard to submitting evidence and uploading files and she did not know his location.

l.    When asked if user "friedhawk" ever sent her any "child porn," FIRTH replied, "no." She did not recall ever uploading child pornography to her private Discord server to use against user "friedhawk" and report him. She then later recalled user "friedhawk" sending short clips of real people. FIRTH remembered thinking, "this is really fucked up," and "this is not okay." She could not remember exactly what comments she made to user "friedhawk" about that and she could not

87

access the comments to see. FIRTH stated that nobody else has access to her Discord account and no one else has the password.

m.    FIRTH was shown and recognized her selfie photos that she sent to others on Discord. She was shown and recognized a photo[6] that she said depicted that "guy" [user "friedhawk"] that she was chatting with on Discord. FIRTH stated that she also recognized the "niece."

n.    When asked what kind of things [user "friedhawk"] showed FIRTH that he was doing with Minor Victim 1 during the live video chats, FIRTH stated that, before the live videos chat, he told her when they were watching a movie, he might "pleasure himself behind her," and FIRTH acknowledged that he would be "masturbating" behind the children. He would also pick up the children, usually the older one [Minor Victim 1], in his bedroom where they were playing a game. He would throw Minor Victim 1 on his bed and she would be on top of him trying to wrestle him. The girls would think they were playing, jumping up and down on him. FIRTH observed that [user "friedhawk"] would be "erect" and "he would, um, you know, be very, very quickly pleased by that ...," and "it wouldn't seem to, like, last that long ..." He would wear loose pants or shorts. It progressed to him changing in front of her. [user "friedhawk"] would describe his activities to FIRTH in detail and

---

[6] I have reviewed this photo and I know that it is a screen capture from the video described above in paragraph 14 "SPOILER_20240605-2047-38.7914659.mp4." It depicts PERSON 1 sitting in a chair with Minor Victim 1, both of whom I recognize based on this investigation.

she would say "like, oh, so what happened, tell me everything because then, I have all this stuff …"

o.    FIRTH stated that she did not want anything to happen to his niece "or to like a real girl." She discussed what she believed were [user "friedhawk"]'s preferential age ranges of minor females.

p.    PERSON 1 would send her AI images of flat-chested girls. FIRTH was shown examples of AI images exchanged on Discord with user "friedhawk" and she recognized them.

q.    When asked about how involved she was in what [user "friedhawk"] would do as discussed during their conversations, FIRTH stated that she was "for the most part passive" but she could not remember. She reiterated she was trying to obtain evidence. She said their conversations did not make her "feel good" and made her "physically ill." When asked then why these conversations between her and [user "friedhawk"] went on for months, FIRTH responded that she "wanted to try to help him … to get, like, past this." She referenced that she was trying to get "evidence" and "wrote a note to [herself] somewhere." She said that [user "friedhawk"] would tell FIRTH about what would happen when he had Minor Victim 1 over at his place and she would ask him, "did you record it for me?" FIRTH described that she was in "investigation mode," and she claimed that she "wanted to help that girl." FIRTH did not think about calling 911 here in Florida. She did look into "things" in Utah but does not recall how far she got with that because she had her "own things" that she had to do. She claimed to have severe

ADHD such that she starts many things but does not always finish them. FIRTH stated, "overall with it, I had the best of intentions, I was trying to help him and then it was like, okay, this has kind of crossed a boundary, and then I was wanting to help her …"

r.    FIRTH was reminded that the online conversations between her and [user "friedhawk"] occurred from May to September [2024]. When he stopped messaging her, FIRTH said she "started to wonder, okay, has this been dealt with." It became "an out of sight, out of mind kind of thing." When asked if she ever actually reported user "friedhawk," FIRTH stated she was "almost positive" that she did.

s.    FIRTH was told that NCMEC, the National Center for Missing and Exploited Children, received a report about her Discord account sent by Discord based on files that FIRTH uploaded to her Discord server that included child pornography. FIRTH stated, "I can't remember when it comes to that." FIRTH stated that he [user "friedhawk"] sent her short video clips in the chat, including one that depicted a "small, small child" and "this man … like, sexually …," that she did not want to remember. She stated that she remembered seeing the faces of "the girls" and "it was fucked up, is what it was …" She recalled one video depicting a "really really young child and it was so fucked up." She described another when the "kid" "was in pain." When asked what her response to "this traumatizing video that user "friedhawk" sent her was, FIRTH stated, "I don't remember." She also stated that she "cried for those girls."

t.    FIRTH was told that there were over 5,000 messages exchanged between her and user "friedhawk" on Discord. FIRTH acknowledged receiving live video from user "friedhawk" and she screen-recorded it "a few times." FIRTH stated that she never watched them again and "it's not like I wanted to be watching any of that."

u.    When asked about some of FIRTH's specific text messages to user "friedhawk" on Discord, specifically about several in which she was providing him [user "friedhawk"] with comments such as "I saw it all … and rubbing back and forth on your cock, she [Minor Victim 1] kept coming back for more," FIRTH stated, "that doesn't even sound like something I'd write." FIRTH was confronted with other Discord text messages, included ones in which that she gave [user "friedhawk"] suggestions about games to play so that the children's butts would be in the air so that he could "hump it." She was confronted with the fact that she gave [user "friedhawk"] ideas about ways to abuse Minor Victim 1 and Minor Victim 2. FIRTH was asked why she did this and why did she would continue to engage in such conversations with him [user "friedhawk"] for six months, FIRTH stated, "frankly, I don't have an answer to that." FIRTH claimed that she did not remember what happened in most of those (messages).

v.    When asked again why she participated in this, FIRTH stated, in reference to her comments in her Discord text messages, "… how it sounds there, which was never my intention, like … it's as if, like … I'm encouraging him or something which was not … what … I … meant … to do …" FIRTH was confronted

91

with the fact that [user "friedhawk"] would send FIRTH videos of him playing with the minor children and FIRTH would screen-record them. FIRTH stated, "'cause I wanted to have it to upload into the, um [report] ..." FIRTH was further confronted with the fact this went on for seven months, there was not a report generated, [user "friedhawk"] sent FIRTH child pornography of girls getting raped and live videos of him masturbating behind this 7-year-old's back, and FIRTH was encouraging it. FIRTH responded, "I wasn't, I wasn't meaning to do that, like, I, I truly, I don't ..."

   w.     FIRTH was advised, among other things, that [user "friedhawk"] had been arrested. FIRTH asked, "did he hurt those girls even more?" FIRTH was confronted with the fact that this "fantasy thing" turned from "roleplay" to "real life." FIRTH said that she didn't know what to say, and she was glad that [user "friedhawk"] was not hurting anybody now. FIRTH stated, "I in no way intended to make it seem like I was ...." She claimed in substance that her online suggestions to PERSON 1 of what to do with the children were made "so it wouldn't progress, essentially." FIRTH stated, "I didn't, I didn't, want him hurting those, like ... it to progress into something worse."

   x.     FIRTH was shown her online messages with [user "friedhawk"], including ones on August 1, 2024, when she received child pornography from him [user "friedhawk"]. She stated that she recalled the online chats, and she remembered receiving several videos from him. She acknowledged that child pornography involves the sexual abuse of children.

y.    FIRTH was shown "still shots" (also described as the thumbnail of the first frame of the videos prior to selecting play on the video itself) of videos that she received from user "friedhawk" through Discord. She recognized the videos and acknowledged receiving them from him. FIRTH did not recall uploading them to her private server but if she did it would have been for evidentiary purposes.

z.    FIRTH agreed that "dry humping," simulated sexual acts, and masturbating behind a child on video would constitute child pornography. She was shown videos sent to her by [user "friedhawk"], including one in which [user "friedhawk"] is shown rubbing his erect penis against the back of Minor Victim 1's head. FIRTH acknowledged that she recalled some of this content of these materials, and that she was at her residence when these videos were sent to her by [user "friedhawk"].

aa.    FIRTH acknowledged that she communicated with "Nick" [user "friedhawk"] on her laptop computer and on her Pixel phone.

bb.    FIRTH acknowledged that the child-pornography videos that were sent to her by user "friedhawk" were "extremely harmful" to the children depicted. She also stated that the videos that "Nick" [user "friedhawk"] made are "harmful" to Minor Victim 1 and Minor Victim 2. FIRTH also acknowledged that "Nick" [user "friedhawk"] producing these videos and FIRTH helping him and suggesting that he produce these videos [of Minor Victim 1 and Minor Victim 2] is "harmful" to these girls. FIRTH was confronted with the fact that she not only "asked for videos constantly," and also provided him with an Amazon link for

93

camera that he could install in his house so that she (FIRTH) could watch as "these things happen." FIRTH responded "I think 'cause I was wanting to … like I said, I … to, to submit it, yes … and I didn't, I, … I realize … that I should have contacted the authorities sooner 'cause I didn't know what I was doing. Okay?"

cc.    FIRTH was asked if she understood that she has aided in the production and attempted production of child pornography. FIRTH responded that she did not realize that and she never meant for that. She acknowledged that if a person asked "Nick" [user "friedhawk"] for a video of him doing "this stuff" to [Minor Victim 1], FIRTH understood that such was producing and attempting to produce child pornography. When asked if she understood what she had done, FIRTH replied that she "didn't mean to do that, I didn't." FIRTH denied ever doing this with anyone else, and denied engaging and producing child pornography with any other person, saying "never, never, never, never." She stated that she "didn't mean to do anything with child pornography at all." FIRTH denied ever touching any child inappropriately.

dd.    When asked why her Discord conversation with "Nick" stopped, FIRTH stated in summary that after she did not hear from or hear back from him after checking in on him two or three times, she "just assumed that … he'd … like, been caught." She stated she figured that "he … got … taken … care of, … arrested, uh, I assumed, and I didn't know and, … it … didn't cross my mind … afterwards."

ee.    FIRTH acknowledged that she had a private server on Discord to which she uploaded the materials from [user "friedhawk"].

94

ff.    FIRTH denied storing any child pornography on her devices, and that "everything was … in that Discord …" and it was "all with him [user "friedhawk"]."

53.    During the execution of the search warrant at FIRTH's residence on February 13, 2025, a Dell laptop computer belonging to and used by FIRTH was located. During a preliminary onsite review of this Dell laptop computer, FBI SA Daniel Moxley and I, along with SJSO detectives, observed a video contained therein described as follows:

> Title: Screen Recording 2024-07-26
> Date Modified: 07/26/2024
> Type: MP44 File
> Duration: 11 minutes, 54 seconds

Description: This is a color video with audio that depicts PERSON 1 lying on a bed. PERSON 1 was wearing headphones and initially had a cloth over his eyes. The video appeared to be a screen-recording as a cursor is seen moving throughout the video at various times, a side screen comes up indicating a Wi-Fi name of "Firth1984" (I know that 1984 is FIRTH's birth year), and the video of PERSON 1 is minimized at various points, overlaying what appears to be a Discord chat between user "Southpaw" and user "friedhawk7428."

During this video, PERSON 1 speaks periodically and FIRTH's voice is also heard talking back to him (I recognize FIRTH's voice from listening to and participating in her consensual interview on February 13, 2025 as described above). FIRTH states, "where did she go?" PERSON 1 states, "you see that?" FIRTH states, "where did she go?" PERSON 1 twice asks, "were you watching?" FIRTH responds, "uh-huh." PERSON 1 asks "you seen all of that?" FIRTH responds, "most of it, it kept freezing up so I had to connect with my computer." PERSON 1 asks, "you see … when she pulled … out?" FIRTH responds, "no" and whispers, "fuck." PERSON 1 asks, "were you recording?" FIRTH responds, "it kept freezing up on me on my phone," and asks "… like, did she, like, grab it?" PERSON 1 responded, "no," that "it flopped out" and she "saw it … and she got spooked." FIRTH asks, "and that's when she walked away?" PERSON 1 responds, "Uh-huh, hasn't been back since." PERSON 1 states, "… and once it flopped out she took a look at it and then walked away, I think it spooked her, maybe." PERSON 1 asks, "did you get all that or no?"

FIRTH responded "no, my phone kept freezing up, ... like, it was really frustrating," and "every few seconds I would have to, like, exit out and open it back up again." FIRTH complained about her phone being "weird like that" and confirmed that she could hear PERSON 1. PERSON 1 states, "she pulled my pants down [unintelligible] ... and then, it, it flopped out and she saw it, and then she walked away, I think she got ..." FIRTH asks, "where is she now?" PERSON 1 responds, "I don't know, she walked out of the room ... I think that, I think that it spooked her ... any ideas how to get things goin' again?" FIRTH states, "... call her in." PERSON 1 then calls [Minor Victim 1's name] and asks "what are you doin'? ... what are you doin'? ... what are you doin'?" PERSON 1 tells Minor Victim 1 "here, come here real quick, please." Minor Victim 1 is observed entering the room. Minor Victim 1 was wearing a dress and spins herself in a chair and has her legs up with her underwear visible as she spins. PERSON 1 engages in conversation with Minor Victim 1 and states, "are you there still?" FIRTH responds, "Yes." About one minute and 45 seconds later, FIRTH states, "Yes," "yeah," and "uh-huh." FIRTH also states, "Yeah, give me lands- ... landscape mode."

54.    Based upon the foregoing facts, I have probable cause to believe that during the period from on or about May 17, 2024 through on or about September 11, 2024, in the Middle District of Florida and the District of Utah, BRITTANY KAREN FIRTH, a/k/a user "xo.southpaw.ox," did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice, and coerce at least one minor, that is, Minor Victim 1, to engage in any sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using facilities of interstate commerce, that is, by cellular telephone and computer via the Internet, in violation of 18 U.S.C. § 2251(a) and (e).

55.    I also have probable cause to believe that on or about June 6, 2024, in the Middle District of Florida and the District of Utah, BRITTANY KAREN FIRTH, a/k/a user "xo.southpaw.ox," did knowingly distribute a visual depiction

using a means and facility of interstate commerce, that is, by computer via the Internet, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

56.    I also have probable cause to believe that on or about August 1, 2024, in the Middle District of Florida, BRITTANY KAREN FIRTH, a/k/a user "xo.southpaw.ox," did knowingly receive visual depictions using a means and facility of interstate commerce, that is, by computer via the Internet, when the production of the visual depictions each involved the use of a minor engaging in sexually explicit conduct, and the visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

CJ GOODMAN, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 28 day of _April_, 2025, at Jacksonville, Florida.

SAMUEL J. HOROVITZ
United States Magistrate Judge
Middle District of Florida